UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05 11709 NMG

BOWEN INVESTMENT, INC. and
HONEY DEW ASSOCIATES, INC.,
　　　　　　Plaintiffs,

v.

CARNEIRO DONUTS, INC. and
MANUEL M. CARNEIRO,
　　　　　　Defendants.

## APPENDIX

ATL International, Inc. v. Mohammed Baradar,
CCH ¶11,345 (D. Md. 1997) .................................................. p. 15

Atlanta Bread Company International, Inc. v. Nine Star Enterprises, Inc.,
CCH ¶12,521 (N.D. Ga. 2002) ............................................. p. 10, 15

Baskin-Robbins USA, Co. v. Mac II Enterprises, Inc.,
CCH ¶11,882 (N.Y. Sup. Ct. 2000) ........................................... p. 13

Baskin-Robbins, Inc. v. TAJ California, Inc.,
2003 U.S. Dist. LEXIS 19946 (C.D. Cal. 2003) .......................... p. 10, 11

Burger King Corp. v. Weaver,
CCH ¶11,511 (S.D. Fla. 1998) ................................................. p. 13

Dunkin' Donuts, Inc. v. Liu,
2002 U.S. Dist. LEXIS 16362 (E.D. Penn. 2002) .......................... p. 11

Dunkin' Donuts, Inc. v. Liu,
2000 U.S. Dist. LEXIS 18388 (E.D. Penn. 2000) .......................... p. 11

Dunkin' Donuts, Inc. v. Martinez,
2003 U.S. Dist. LEXIS 2694 (S.D. Fla. 2003) ............................... p. 10

ERA Franchise Systems, Inc. v. Logan & Logan Associates, Inc.,
CCH ¶11,512 (E.D. Penn. 1998).............................................. p. 13

Maaco Enterprises, Inc. v. Scott S. Bremner & Service and

Supply Group, Ltd.,
 1998 U.S. Dist. LEXIS 15174 (E.D. Penn. 1998) ............................ p. 15

McDonald's Corp. v. Robertson, CCH ¶ 11,286 (M.D. Fla. 1997)........... p. 9

Minuteman Press International, Inc. v. ANBAM, LLC,
 CCH ¶12,576 (E.D. NY 2003) ........................................................ p. 14

Re/Max North Central, Inc. v. Cook,
 CCH ¶12,164 (E.D. Wis. 2001) ..................................................... p. 12

Re/Max North Central Inc. v. Cook,
 CCH ¶11,976 (E.D. Wis. 2000)....................................................... p. 6

ServiceMaster Residential/Commercial Services L.P. v. Proctor,
 CCH¶12,252 (D. Neb. 2002) ......................................................... p. 14

Sonana Systems, Inc. v. Ramada Franchise Systems, Inc.,
 CCH ¶12,254 at 35211 (M.D. Fla. 2002) ........................................ p. 12

Two Men and a Truck/Int'l Inc. v. Two Men and a Truck/Kalamazoo, Inc.,
 1995 U.S. Dist. LEXIS 11295 (W.D. Mich. 1995) ........................... p. 10

F:aa-mik/bii/lit/carneiro/Appendix