UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| BOWEN INVESTMENT, INC. and <br> HONEY DEW ASSOCIATES, INC. <br> Plaintiffs <br> <br> v. <br> <br> CARNEIRO DONUTS, INC and <br> MANUEL M. CARNEIRO <br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C.A. No. 05 – 11709 NMG |

**MOTION TO ALLOW DEFENDANTS TO SUBMIT AN OPPOSITION
TO PLAINTIFF'S REQUEST FOR INJUNCTIVE RELIEF**

Now comes the defendants before this honorable Court to ask permission to submit an OPPOSITION to the Court and the plaintiffs by no later than at the end of day September 28, 2005.  In support of this request the defendants state:

1. The defendants were served the complaint on September 12th and retained litigation counsel on September 17th – apparently the prior date set for response was August 30th.

2. The Court has scheduled a hearing on this matter for October 3rd, 2005.  Defendants do not seek a delay in the hearing.

3. Allowing the defendants to provide the plaintiff's and the Court a written Opposition will facilitate the hearing and be in the interests of Justice.

4. The plaintiffs will not be prejudiced by this request and have provided their assent to this request.

        Respectfully submitted,
        MANUEL M. CARNEIRO
        CARNEIRO DOUNTS, INC.
        By their Attorney,

        /s/ Kevin R. McCarthy
        Kevin R. McCarthy
        (BBO # 640788)
        155 Fairoaks Lane
        Cohasset, Ma  02025
        781-383-0639

## CERTIFICATE OF SERVICE

I, Kevin R. McCarthy, certify that on this date I served a true copy the foregoing MOTION TO ALLOW DEFENDANTS TO SUBMIT AN OPPOSITION TO PLAINTIFF'S REQUEST FOR INJUNCTIVE RELIEF to counsel for all parties by mailing a copy to Jack J. Mikels, counsel for the plaintiff, Jack Mikels and Associates LLP, 1 Batterymarch Park, Suite 309, Quincy, MA 02169.

        /s/ Kevin R. McCarthy
        Kevin R. McCarthy

Dated:  9/22/05