Bowen Investment, Inc., et. al., Plaintiff(s)
vs.
Carneiro Donuts, Inc., et. al., Defendant(s)



Service of Process by
**APS International, Ltd**
1-800-328-7171
APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-

## AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
 --Carneiro Donuts, In
Court Case No. 05-11709 NM

JACK MIKELS & ASSOCIATES
Ms. Evelyn Amrhein
1 Batterymarch Park, Suite 309
Quincy, MA 02269

State of: Rhode Island, ss.
County of: Providence

**Name of Server:** Edwin T. Semper, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service:** that on the 12 day of September, 20 05, at 7:07 o'clock A M

**Place of Service:** at 460 Allens Avenue, in Providence, RI

**Documents Served:** the undersigned served the documents described as:
Summons, Verified Complaint, Civil Action Cover Sheet, Category Sheet, AO 120 (Report on the Filing or Determination of An Action Regarding a Patent or Trademark), Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunctive Relief, Affidavit of Richard J. Bown, Affidavit of Robert P. Bown, Memorandum of Law in Support of Plaintiff's Motion for Injunctive Relief Against Defendants, Appendix & Certificate of Service

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Carneiro Donuts, Inc.

**Person Served, and Method of Service:**
☐ By personally delivering them into the hands of the person to be served.
☒ By delivering them into the hands of Manuel N Carneiro, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with Carneiro Donuts, Inc.
at the place of service, and whose relationship to the person is: Owner

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M; Skin Color White; Hair Color Brown; Facial Hair No
Approx. Age 62; Approx. Height 5'10; Approx. Weight 183

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server    9-13-05 (Date)

Subscribed and sworn to before me this 12 day of Sept, 20 05
Notary Public    (Commission Expires)

APS International, Ltd.
APS File #: 073434-0001

.O 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   Massachusetts

Bowen Investment, Inc. and
Honey Dew Associates, Inc.

V.

Carneiro Donuts, Inc. and
Manuel M. Carneiro

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05  11709 NMG

TO: (Name and address of Defendant)

Carneiro Donuts, Inc., 460 Allens Avenue, Providence, RI 02905

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jack Mikels & Associates, LLP, 1 Batterymarch Park, Suite 309, Quincy, [MA] 02169

an answer to the complaint which is herewith served upon you, within ___twenty___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                               AUG 17 2005

CLERK                                           DATE

(By) DEPUTY CLERK