Bowen Investment, Inc., et. al., Plaintiff(s)
vs.
Carneiro Donuts, Inc., et. al., Defendant(s)



Service of Process by
**APS International, Ltd**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-

## AFFIDAVIT OF SERVICE -- Individua

Service of Process on:

JACK MIKELS & ASSOCIATES
Ms. Evelyn Amrhein
1 Batterymarch Park, Suite 309
Quincy, MA 02269

--Carneiro Donuts, In
Court Case No. 05-11709 NM

State of: _____ ) ss.
County of: _____ )

| | |
|---|---|
| Name of Server: | _____ , undersigned, being duly sworn, deposes and says that at the time of service, she was over the age of twenty-one, was not a party to this action; |
| Date/Time of Service: | that on the _1 2_ day of _September_, 20 _05_, at _7:2_ o'clock _A_ M |
| Place of Service: | at 460 Allens Avenue , in Providence, RI |
| Documents Served: | the undersigned served the documents described as: |

Summons, Verified Complaint, Civil Action Cover Sheet, Category Sheet, AO
120 (Report on the Filing or Determination of An Action Regarding
a Patent or Trademark), Plaintiff's Motion for a Temporary Restraining Order
and Preliminary Injunctive Relief, Affidavit of Richard J. Bown, Affidavit of
Robert P. Bown, Memorandum of Law in Support of Plaintiff's Motion for
Injunctive Relief Against Defendants, Appendix & Certificate of Service

| | |
|---|---|
| Service of Process on: | A true and correct copy of the aforesaid document(s) was served on: Carneiro Donuts, Inc. |
| Person Served, and Method of Service: | ☐ By personally delivering them into the hands of the person to be served. |

☒ By delivering them into the hands of _Manuel N Carneiro_ , a person
of suitable age, who verified, or who upon questioning stated, that he/she resides with
Carneiro Donuts, Inc.
at the place of service, and whose relationship to the person is: _Owner_

| | |
|---|---|
| Description of Person Receiving Documents: | The person receiving documents is described as follows: |

Sex _M_; Skin Color _white_; Hair Color _brown_; Facial Hair _NO_
Approx. Age _63_; Approx. Height _5'10_; Approx. Weight _183_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military a
the time of service.

Signature of Server:

Undersigned declares under penalty of perjury
that the foregoing is true and correct.

_____
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this
_12_ day of _Sept_, 20 _05_

_9-13-05_
(Date)

_____
Notary Public    (Commission Expires)

APS File #: 073434-0001

.O 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Massachusetts

Bowen Investment, Inc. and
Honey Dew Associates, Inc.

**SUMMONS IN A CIVIL CAS**

V.

Carneiro Donuts, Inc. and
Manuel M. Carneiro

**05   11 7 0 9 NM(**

CASE NUMBER:

TO: (Name and address of Defendant)

Carneiro Donuts, Inc., 460 Allens Avenue, Providence, RI 02905

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and a   ss)

Jack Mikels & Associates, LLP, 1 Batterymarch Park, Suite 309, Quincy,     02169

an answer to the complaint which is herewith served upon you, within ___twenty___ days after servic   f this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken agai   you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a   ionable
period of time after service.

**SARAH A. THORNTON**

**AUG 17 2005**

CLERK

(By) DEPUTY CLERK

DATE