UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| BOWEN INVESTMENT, INC. ) | |
| HONEY DEW ASSOCIATES, INC. ) | |
|     Plaintiffs and Counterdefendants ) | |
| ) | |
| v. ) | |
| ) | C.A. No. 05 – 11709 NMG |
| CARNEIRO DONUTS, INC and ) | |
| MANUEL M. CARNEIRO ) | Judge Nathaniel M. Gorton |
|     Defendants and Counterclaimants ) | Presiding |

**DEFENDANT'S EMERGENCY MOTION TO RECONSIDER FRIDAY'S PRELIMINARY INJUNCTION ORDER**

NOW come the defendants to ask this honorable Court to reconsider the preliminary injunction order scheduled to be issued this Friday Oct. 7, 2005 and allow the shop to remain open and in possession of the defendants. The plaintiffs have refused to meet - as we believe was the clear purpose of the Court in waiting until Friday to issue the injunction. Attached is the MEMORANDUM IN SUPPORT OF THE DEFENDANT'S EMERGENCY MOTION TO RECONSIDER FRIDAY'S PRELIMINARY INJUNCTION ORDER which further explains the rationale behind this request.

                                                                  Respectfully submitted,
                                                                  MANUEL M. CARNEIRO
                                                                  CARNEIRO DOUNTS, INC.
                                                                  By their Attorney,

                                                                  /s/ Kevin R. McCarthy
                                                                  Kevin R. McCarthy
                                                                 (BBO # 640788)
                                                                155 Fairoaks Lane
                                                                Cohasset, Ma 02025
                                                                781-383-0639

## CERTIFICATE OF SERVICE

    I, Kevin R. McCarthy, certify that on this date I served a true copy the DEFENDANT'S EMERGENCY MOTION TO RECONSIDER FRIDAY'S PRELIMINARY INJUNCTION ORDER and MEMORANDUM IN SUPPORT OF THE DEFENDANT'S EMERGENCY MOTION TO RECONSIDER FRIDAY'S PRELIMINARY INJUNCTION ORDER to counsel for all parties by electronic means (CM/ECF) to Jack J. Mikels and Michael A. Wirtz, counsels for the plaintiff, Jack Mikels and Associates LLP, 1 Batterymarch Park, Suite 309, Quincy, MA 02169.

                                              /s/ Kevin R. McCarthy
                                              Kevin R. McCarthy

October 6, 2005

## LOCAL RULE 7.1 CERTIFICATION

    I, Kevin R. McCarthy, counsel for the defendants, do hereby certify pursuant to Local Rule 7.1 that prior to filing this Motion, I conferred on October 5, 2005 with Michael Wirtz (by the letters attached to the enclosed memorandum), counsel for the plaintiffs, in an effort to resolve or narrow the issues raised by this Motion.

                                              /s/ Kevin R. McCarthy
                                              Kevin R. McCarthy

October 6, 2005

**Kevin R. McCarthy**     EXHIBIT 1
Attorney at Law
155 Fairoaks Lane
Cohasset, Massachusetts  02025

| **Telephone** | **E-mail** | **Fax** |
|---|---|---|
| 781-383-0639 | kemccar68@comcast.net | 781-735-0228 |

FAX

October 5, 2005

Michael A. Wirtz
Jack Mikels & Associates, LLP
1 Batterymarch Park, Suite 309
Quincy, MA  02169

    Re:  460 Allens Ave. – Honey Dew

    As you know Judge Gorton has ordered the above shop closed on Friday unless we can agree upon a revision to the injunction.  I believe its in each parties strong interest that we now meet and agree to keep this shop open until the accelerated trial occurs or we mutually settle the matters which separate our clients.

    Closing the shop will adversely affect Honey Dew, Mr. Carneiro, the employees and the public which regularly visits the shop.

    I will move my schedule around to accommodate a meeting with you and Mr. Mikels.  We should meet later today.  We should meet and discuss this ASAP.

    Please contact me as soon as you can to begin reasoning our way to a solution which, at a minimum, prevents the shop from summarily closing (with no party in possession per the Court's order).   Talk to you soon.

*Kevin R. McCarthy*
Kevin R. McCarthy

# JACK MIKELS & ASSOCIATES, LLP

1 BATTERYMARCH PARK • SUITE 309 • QUINCY, MASSACHUSETTS 02169-7454
*Telephone:* 617.472.5600 • *Telecopier:* 617.472.5875 • *E-Mail:* jmikels@gis.net

JACK J. MIKELS
MICHAEL A. WIRTZ

ROCHELLE NELSON MIKELS
JANELL E. DE GENNARO
*ATTORNEYS AT LAW*

October 5, 2005

<u>*Via Facsimile 781.735.0228*</u>
Kevin R. McCarthy, Esquire
155 Fairoaks Lane
Cohasset, MA 02025

Dear Mr. McCarthy:

    We have reviewed the Decision of Judge Gorton with Mr. Bowen. At this time, we are satisfied with what Judge Gorton has proposed and therefore do not see the necessity of a meeting. If you have another proposal to make, please let us know. We do not believe there is any benefit to the public in allowing the shop to continue in the manner in which it has been operating.

                                 Very truly yours,

                                 Michael A. Wirtz

MAW/ela
cc:   Robert P. Bowen, President
       *Via facsimile*

f/ev/m/05/100505