UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C. A. NO. 05-11709 NMG

BOWEN INVESTMENT, INC. and HONEY DEW ASSOCIATES, INC.,
        Plaintiffs,

v.

CARNEIRO DONUTS, INC., and MANUEL M. CARNEIRO,
        Defendants.

## ORDER OF PRELIMINARY INJUNCTION

After hearing and upon consideration of Plaintiffs' Motion for Injunctive Relief and Defendants' Opposition, it is hereby ORDERED and ADJUDGED as follows:

(a) Effective Friday, October 7, 2005, 12:00 noon, the Defendants, Carneiro Donuts, Inc. and Manuel M. Carneiro are enjoined and restrained from occupying and operating the Honey Dew Donuts® Shop located at 460 Allens Ave., Providence, RI (the "Shop") pending the results of the expedited trial in this case on January 17, 2006;

(b) The Plaintiffs, Honey Dew Associates, Inc. and/or Bowen Investment, Inc. shall have access to the Shop for the sole purpose of retrieving, removing, covering and/or concealing the Plaintiff's trademarks and service marks; and

(c) The Shop shall remain closed for business and possession shall not be transferred pending further Order of this Court.

Date: October ___, 2005    By the Court: _____
                                                  Honorable Gorton, J.