UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| BOWEN INVESTMENT, INC. ) | | |
| HONEY DEW ASSOCIATES, INC. ) | | |
| Plaintiffs and Counterdefendants ) | | |
| ) | | |
| v. ) | | |
| ) | C.A. No. 05 – 11709 NMG | |
| CARNEIRO DONUTS, INC and ) | | |
| MANUEL M. CARNEIRO ) | Judge Nathaniel M. Gorton | |
| Defendants and Counterclaimants ) | Presiding | |

**MEMORANDUM IN SUPPORT OF THE DEFENDANT'S EMERGENCY MOTION TO RECONSIDER FRIDAY'S PRELIMINARY INJUNCTION ORDER**

NOW come the defendants and counterclaimants to ask this honorable Court to reconsider the preliminary injunction order scheduled to be issued this Friday Oct. 7, 2005. The plaintiffs and counterdefendants have refused to meet - as we believe was the purpose of the Court in waiting until Friday to issue the injunction. Attached as Exhibit 1 are the two (2) letters the parties exchanged on October 5, 2005. These letters are the only communications that have occurred between the parties and clearly demonstrate bad faith, if not disregard, for the Court's stated intentions by the plaintiffs. We believe the Court's issuance of Friday's injunction to close the shop was, at least in significant part, a positive effort to strongly motivate the parties to meet, reason and attempt to seriously resolve their clearly resolvable differences. Instead the defendant's state their satisfaction with the shop closing and the leaving of both parties without possession and will not meet, as they have always refused to meet and reason with Mr. Carneiro.

The plaintiff's disregard of the positive intentions and strong suggestion from the Court to attempt a good faith effort to resolve our differences, or at least work out a less damaging alternative than the abrupt closing of an ongoing vibrant business.  We ask the Court to not reward their bad faith and accordingly revise its imminent order and allow the defendants to maintain possession of the premises and continue to operate the business until the completion of litigation.

>Respectfully submitted,
>MANUEL M. CARNEIRO
>CARNEIRO DOUNTS, INC.
>By their Attorney,
>
>/s/ Kevin R. McCarthy
> Kevin R. McCarthy
>(BBO # 640788)
>155 Fairoaks Lane
>Cohasset, Ma  02025
>781-383-0639