United States District Court
District of Massachusetts

```
                                )
BOWEN INVESTMENT, INC. and HONEY )
DEW ASSOCIATES, INC.,           )
                                )
        Plaintiffs,             )   Civil Action No.
                                )   05-11709-NMG
        v.                      )
                                )
CARNEIRO DONUTS INC., and MANUEL)
M. CARNEIRO,                    )
                                )
        Defendants.             )
```

**PRELIMINARY INJUNCTION**

**GORTON, J.**

Plaintiffs Bowen Investment, Inc. and Honey Dew Associates, Inc. have alleged that the above-named defendants have committed trademark infringement and wrongfully retained possession of certain of its property. The dispute arises from Plaintiffs' termination of a franchise agreement with Defendants.

This Court denied Plaintiffs' motion for a temporary restraining order on September 21, 2005. Plaintiff also moved for preliminary injunctive relief pursuant to Fed. R. Civ. P. 6., and this Court held a hearing regarding that motion on October 2005. The motion for a preliminary injunction is hereby ALLOWED.

After consideration of the arguments of counsel, documents on file and post-hearing pleadings, the Court finds that a preliminary injunction is warranted because, with respect to the

-1-

matters referred to below, Plaintiffs are likely to succeed on the merits of their claims and will suffer irreparable harm if the injunction is not ordered. Furthermore, a balancing of harms favors Plaintiffs and an injunction will serve the public interest. See Lanier Professional Services, Inc. v. Ricci, 192 F.3d 1, 3 (1st Cir. 1999); Keds Corp. v. Renee Int'l Trading Corp., 888 F.2d 215, 220 (1st Cir. 1989).

It is accordingly hereby ORDERED, ADJUDGED and DECREED that:

1) effective Friday, October 7, 2005, at 12:00 Noon, the Defendants, Carneiro Donuts, Inc. and Manuel M. Carneiro are enjoined and restrained from occupying and operating the Honey Dew Donuts Shop located at 460 Allens Avenue, Providence, Rhode Island (the "Shop") pending the resolution of this action which is scheduled for expedited trial to commence on Tuesday, January 17, 2006;

2) the Plaintiffs, Bowen Investment, Inc. and Honey Dew Associates, Inc., shall have access to the Shop for the sole purpose of retrieving, removing, covering and/or concealing the Plaintiffs' trademarks and service marks;

3) the Shop shall remain closed for business but possession of the premises shall not be transferred pending further Order of this Court.

This preliminary injunction shall remain in full force and effect until the case is decided on the merits or until modified by further order of this Court.

**So ordered.**

_____
Nathaniel M. Gorton
United States District Judge

Dated October 7, 2005