UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BOWEN INVESTMENT, INC.<br>HONEY DEW ASSOCIATES, INC.<br>    Plaintiffs and Counterdefendants<br><br>v.<br><br>CARNEIRO DONUTS, INC and<br>MANUEL M. CARNEIRO<br>    Defendants and Counterclaimants | C.A. No. 05 – 11709 NMG<br><br>Judge Nathaniel M. Gorton |

**RULE 26 INITIAL DISCLOSURE STATEMENT
OF DEFENDANTS AND COUNTERCLAIMANTS**

**Defendants and counterclaimants hereby disclose the following pursuant to Fed. R. Civ. P. 26 (a) (1) and Local Rule 26.2 (A) of the United States District Court for the District of Massachusetts.**

1.      The following individuals are persons who are believed to have discoverable information about the claims, counterclaims or defenses in this action.

   **Manuel M. Carneiro
   564 Hunt Street
   Central Falls, RI  02863**

   **Tracy Botelho
   Office of Mario Carneiro, CPA
   577 Warren Ave., Suite 200
   East Providence, RI  02914
   401-434-6996**

1

       **Donal W. Smith**
       **73 Edythe Street**
       **Warwick, RI  02889**

       **Joseph Garcia**
       **1766 Warwick Ave.**
       **Warwick, RI  02889**
       **401-732-4403**

       **Francis Wrightington**
       **3 Daniel Drive**
       **North Easton, MA  02356**

       **Robert Bowen**
       **c/o Bowen Investments, Inc.**
       **1215 Reservoir Ave.**
       **Cranston, RI  02920**

2.   **Defendant's hereby submit a description of the documents that may be relevant to disputed facts alleged with particularity in the pleadings:**

    a.  **Some of the documents were attached to the defendant's Answer and Counterclaims; others are located at the office of Mario Carneiro, CPA  at 577 Warren Ave., Suite 200 East Providence, RI  02914 and others are located at the Law Office of Kevin McCarthy, 155 Fairoaks Lane, Cohasset, MA  02025.  These documents include relevant correspondence between the parties' attorneys, weekly financial reports of sales and weekly fee computations, cease and desist, default and termination letters, letters and a note from Bowen Investments, Inc., franchise agreement for 460 Allens Ave., UFOC disclosure dated February**

        **6, 2005, bills for equipment from DMX, AA Sign and Rhode Island Equipment suppliers.**

    **b. Copies of any discoverable, non-privileged documents in the control of the defendants will be made available to the plaintiffs upon request at a mutually convenient time and place.**

3. **At present the defendant's have lost their business which is now closed. The total damages have yet to be computed but the initial investment made to purchase the business was $ 150,000.00. The defendant's have yet to compute additional damages and have insufficient evidence with which to presently make proper additional damage computations. Copies of any discoverable, non-privileged documents in the control of the defendants relative to this disclosure will be made available to the plaintiffs upon request at a mutually convenient time and place.**

4. **Defendant's offer for inspection and copying, at the office of the defendant's attorney, any such insurance agreement that may exist, at a time to be mutually agreed upon.**

3

        Respectfully,
        MANUEL M. CARNEIRO
        CARNEIRO DOUNTS, INC.
        By their Attorney,

        /s/ Kevin R. McCarthy
        Kevin R. McCarthy
        (BBO # 640788)
        155 Fairoaks Lane
        Cohasset, Ma  02025
        781-383-0639

Date:   October 18, 2005

## CERTIFICATE OF SERVICE

I, Kevin R. McCarthy, certify that on this date I served a true copy the foregoing RULE 26 INITIAL DISCLOSURE STATEMENT OF DEFENDANTS AND COUNTERCLAIMANTS to counsel for all parties by electronic means (CM/ECF) to Jack J. Mikels, counsel for the plaintiff, Jack Mikels and Associates LLP, 1 Batterymarch Park, Suite 309, Quincy, MA 02169.

        /s/ Kevin R. McCarthy
        Kevin R. McCarthy

Dated:  October 18, 2005