UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BOWEN INVESTMENT, INC. ) <br> HONEY DEW ASSOCIATES, INC. ) <br>    Plaintiffs and Counterdefendants ) <br> ) <br> v. ) <br> ) <br> CARNEIRO DONUTS, INC and ) <br> MANUEL M. CARNEIRO ) <br>    Defendants and Counterclaimants ) | C.A. No. 05 – 11709 NMG <br><br> Judge Nathaniel M. Gorton |

### ASSENTED TO MOTION TO AMEND THE RULE 26 INITIAL DISCLOSURE STATEMENT OF DEFENDANTS AND COUNTERCLAIMANTS

**NOW** come the defendants to ask this honorable Court to grant this ASSENTED TO MOTION TO AMEND THE RULE 26 INITIAL DISCLOSURE STATEMENT OF DEFENDANTS AND COUNTERCLAIMANTS

In support of this request the defendants state:

1. Pursuant to LR, 7.1(A)(2), the parties conferred on October 19, 2005 and in good faith discussed and appeared to have resolved their differences regarding the defendant's first Rule 26 Initial Disclosure Statement of Defendants and Counterclaimants.

2. The plaintiff's have assented to the submission of this motion.

3. No party will suffer prejudice or injury as a result of the granting of this motion.

THEREFORE, defendants ask this Honorable Court to grant this ASSENTED TO MOTION TO AMEND THE RULE 26 INITIAL DISCLOSURE STATEMENT OF DEFENDANTS AND COUNTERCLAIMANTS. The subject FIRST AMENDED RULE 26 INITIAL DISCLOSURE STATEMENT OF DEFENDANTS AND COUNTERCLAIMANTS is attached.

Respectfully,<br>
MANUEL M. CARNEIRO<br>
CARNEIRO DOUNTS, INC.<br>
By their Attorney,<br>
<br>
/s/ Kevin R. McCarthy<br>
Kevin R. McCarthy<br>
(BBO # 640788)<br>
155 Fairoaks Lane<br>
Cohasset, Ma  02025<br>
781-383-0639

Date:   October 19, 2005

### CERTIFICATE OF SERVICE

I, Kevin R. McCarthy, certify that on this date I served a true copy the foregoing ASSENTED TO MOTION and FIRST AMENDED RULE 26 INITIAL DISCLOSURE STATEMENT OF DEFENDANTS AND COUNTERCLAIMANTS to counsel for all parties by electronic means (CM/ECF) to Jack J. Mikels, counsel for the plaintiff, Jack Mikels and Associates LLP, 1 Batterymarch Park, Suite 309, Quincy, MA 02169.

/s/ Kevin R. McCarthy<br>
Kevin R. McCarthy

Dated:  October 19, 2005

**Certificate Pursuant to LR. 7.1 (A) (2)**

The undersigned defendant's attorney certifies that counsel for both parties have conferred and attempted in good faith to resolve or narrow the issues.

/s/ Kevin R. McCarthy
Kevin R. McCarthy
(BBO # 640788)
155 Fairoaks Lane
Cohasset, Ma  02025
781-383-0639

Date:   October 19, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOWEN INVESTMENT, INC. )<br>HONEY DEW ASSOCIATES, INC. )<br>    Plaintiffs and Counterdefendants )<br> )<br>v. )<br> )<br>CARNEIRO DONUTS, INC and )<br>MANUEL M. CARNEIRO )<br>    Defendants and Counterclaimants )<br> ) | C.A. No. 05 – 11709 NMG<br><br>Judge Nathaniel M. Gorton |

**FIRST AMENDED RULE 26 INITIAL DISCLOSURE
STATEMENT OF DEFENDANTS AND COUNTERCLAIMANTS**

**Defendants and counterclaimants hereby disclose the following pursuant to Fed. R. Civ. P. 26 (a) (1) and Local Rule 26.2 (A) of the United States District Court for the District of Massachusetts.**

    A.    The following individuals are persons who are believed to have discoverable information about the claims, counterclaims or defenses in this action.  Additionally, some of the specific subjects of these witnesses' knowledge is provided below their names but these witnesses' testimony is not to be limited by any specific or general subjects noted below their name.

    Manuel M. Carneiro
    564 Hunt Street
    Central Falls, RI  02863

    1.   All matters regarding his franchise and his shop's operation both prior and after June 1, 2004.

1

2. **All matters regarding his financial and legal relationship with both the plaintiffs.**

3. **All claims, counterclaims or defenses in this action.**

**Tracy Botelho**
**Office of Mario Carneiro, CPA**
**577 Warren Ave., Suite 200**
**East Providence, RI  02914**
**401-434-6996**

1. **All matters regarding the computation and payment of the defendant's weekly franchise and advertising fees.**

2. **All claims, counterclaims or defenses in this action.**

**Donal W. Smith**
**73 Edythe Street**
**Warwick, RI  02889**

1. **All matters and knowledge pertaining to his Honey Dew shop's operations, financial condition and legal relationship with either or both plaintiffs when he was a franchisee.**

2. **All claims, counterclaims or defenses in this action.**

**Joseph Garcia**
**1766 Warwick Ave.**
**Warwick, RI  02889**
**401-732-4403**

1. **All matters relating to his knowledge of any training ever provided to the defendants by BII.**

2. All claims, counterclaims or defenses in this action.

**Francis Wrightington**
**3 Daniel Drive**
**North Easton, MA  02356**

1. All matters related to any shop inspections ever taken by BII or on behalf of BII at any of the defendant's Honey Dew franchise shops.

2. All claims, counterclaims or defenses in this action.

**Robert Bowen**
**c/o Bowen Investments, Inc.**
**1215 Reservoir Ave.**
**Cranston, RI  02920**

1. All matters and facts related to the affidavit Mr. Bowen submitted in this case.

2. All claims, counterclaims or defenses in this action.

B.     Defendant's hereby submit a description of the documents that may be relevant to disputed facts alleged with particularity in the pleadings:

1.     Some of the documents were attached to the defendant's Answer and Counterclaims; others are located at the office of Mario Carneiro, CPA  at 577 Warren Ave., Suite 200 East Providence, RI 02914 and others are located at the Law Office of Kevin McCarthy, 155 Fairoaks Lane, Cohasset, MA  02025.   These documents include

3

relevant correspondence between the parties' attorneys, weekly financial reports of sales and weekly fee computations, cease and desist, default and termination letters, letters and a note from Bowen Investments, Inc., franchise agreement for 460 Allens Ave., UFOC disclosure dated February 6, 2005, bills for equipment from DMX, AA Sign and Rhode Island Equipment suppliers.

2.   Copies of any discoverable, non-privileged documents in the control of the defendants will be made available to the plaintiffs upon request at a mutually convenient time and place.

C.   At present the defendant's have lost their business which is now closed.  The total damages have yet to be computed but the initial investment made to purchase the business was $ 150,000.00.  The defendant's have yet to compute additional damages and have insufficient evidence with which to presently make proper additional damage computations.  Copies of any discoverable, non-privileged documents in the control of the defendants relative to this disclosure will be made available to the plaintiffs upon request at a mutually convenient time and place.

D.   Defendant's offer for inspection and copying, at the office of the defendant's attorney, any such insurance agreement that may exist, at a time to be mutually agreed upon.

        Respectfully,
MANUEL M. CARNEIRO
CARNEIRO DOUNTS, INC.
By their Attorney,


/s/ Kevin R. McCarthy
Kevin R. McCarthy
(BBO # 640788)
155 Fairoaks Lane
Cohasset, Ma 02025
781-383-0639

Date:   October 19, 2005


### CERTIFICATE OF SERVICE

I, Kevin R. McCarthy, certify that on this date I served a true copy the foregoing FIRST AMENDED RULE 26 INITIAL DISCLOSURE STATEMENT OF DEFENDANTS AND COUNTERCLAIMANTS to counsel for all parties by electronic means (CM/ECF) to Jack J. Mikels, counsel for the plaintiff, Jack Mikels and Associates LLP, 1 Batterymarch Park, Suite 309, Quincy, MA 02169.


/s/ Kevin R. McCarthy
Kevin R. McCarthy


Dated:  October 19, 2005