UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BOWEN INVESTMENT, INC. ) | |
| HONEY DEW ASSOCIATES, INC. ) | C.A. No. 05 – 11709 NMG |
|    Plaintiffs and Counterdefendants ) | |
| ) | Judge Nathaniel M. Gorton |
| v. ) | |
| ) | |
| CARNEIRO DONUTS, INC and ) | |
| MANUEL M. CARNEIRO ) | |
|    Defendants and Counterclaimants ) | |

**MOTION OF DEFENDANTS CARNEIRO DONUTS, INC. AND MANUEL M. CARNEIRO TO COMPEL PLAINTIFFS' ANSWERS TO INTERROGATORIES RELATED TO THE PLAINTIFFS' PRESENT AND PAST HISTORY OF LITIGATION**

Now come the Defendants Carneiro Donuts, Inc. and Manuel M. Carneiro (collectively, "Defendants") and hereby move pursuant to Fed. R. Civ. P. 37(a) for an order compelling plaintiffs Bowen Investment, Inc. and Honey Dew Associates, Inc. (collectively "Plaintiffs") to answer the Defendants' First Set of Interrogatories to the Plaintiffs served on October 10, 2005 to each Plaintiff and objected to and inadequately responded to on November 4, 2006 by each Plaintiff.   In support of this Motion, the Defendants state as follows:

1. On or about October 10, 2005 Interrogatories were served upon the Plaintiff Bowen Investment, Inc. pursuant to Fed. R. Civ. P. 33(a).

2. On or about November 4, 2005, the Plaintiff Bowen Investment, Inc. objected to and inadequately answered Interrogatory No. 10 which relates directly to the central issue of the Plaintiff's litigation status and history.

3. On or about November 4, 2005, the Honey Dew Associates, Inc. objected to and inadequately answered Interrogatory No. 3 which relates directly to the central issue of the Plaintiff's litigation status and history.

4. On November 15, 2005 a Local Rule 7.1 conference was held between the parties' respective attorneys which failed to resolve the disagreement or narrow the issues. Also, on November 17, 2005 a Local Rule 7.1 conference was held between the parties' respective attorneys which failed to resolve the disagreement or narrow the issues.

5. The discovery matters inquired into by the above two (2) Interrogatories at issue are of central importance to at least four (4) of the Defendants' Counterclaims and at least four (4) of their Defenses.

6. The Defendants Carneiro Donuts, Inc. and Manuel M. Carneiro ask this Honorable Court to:

a. Order the Plaintiffs to fully and completely answer DEFENDANTS' FIRST SET OF INTERROGATORIES TO PLAINTIFF, BOWEN INVESTMENT, INC. Number 10, including all subparts and to do so within 7 days – and

Order the Plaintiffs to fully and completely answer DEFENDANT'S FIRST SET OF INTERROGATORIES TO PLAINTIFF, HONEY DEW ASSOCIATES, INC. Number 3, including all subparts and to do so within 7 days and:

    b. Order the Plaintiffs, as the Defendants so hereby move, to pay the Defendants' reasonable attorney fees and expenses pursuant to Fed. R. Civ. P 37 (4) (A) for failure to make disclosures required by Rule 26 (a).

As grounds for and in support of this Motion, the Defendants submit the accompanying MEMORANDUM OF DEFENDANTS TO COMPEL PLAINTIFFS' ANSWERS TO INTERROGATORIES RELATED TO THE PLAINTIFFS' PRESENT AND PAST HISTORY OF LITIGATION.

        Respectfully,
        MANUEL M. CARNEIRO
        CARNEIRO DOUNTS, INC.
        By their Attorney,

        /s/ Kevin R. McCarthy
        Kevin R. McCarthy
        (BBO # 640788)
        155 Fairoaks Lane
        Cohasset, Ma  02025
        781-383-0639

Date:   November 17, 2005

## CERTIFICATE OF SERVICE

I, Kevin R. McCarthy, certify that on this date I served a true copy the foregoing MOTION OF DEFENDANTS CARNEIRO DONUTS, INC. AND MANUEL M. CARNEIRO TO COMPEL PLAINTIFFS' ANSWER TO INTERROGATORIES RELATED TO THE PLAINTIFFS' PRESENT AND PAST HISTORY OF LITIGATION to counsel for all parties by electronic means (CM/ECF) to Jack J. Mikels, counsel for the plaintiff, Jack Mikels and Associates LLP, 1 Batterymarch Park, Suite 309, Quincy, MA 02169.

Date:  November 17, 2005

        /s/ Kevin R. McCarthy
        Kevin R. McCarthy

**LOCAL RULE 7.1 (A) (2) and 37(1)(B) CERTIFICATION**

    I, Kevin R. McCarthy, counsel for the defendants, do hereby certify pursuant to Local Rule 7.1 (A) (2) that prior to filing this motion, I conferred on November 15, 2005 and November 17, 2005 with Michael Wirtz, counsel for the Plaintiffs, in an effort to resolve or narrow the issues raised by this Motion and that, pursuant to Local Rule 37 (1) (B), I conferred in good faith in an effort to resolve the issues and receive answers to the Interrogatories without court action but these efforts failed.

                                                /s/ Kevin R. McCarthy
                                                Kevin R. McCarthy

Date:  November 17, 2005