UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 05-11709-NMG

BOWEN INVESTMENT, INC. and
HONEY DEW ASSOCIATES, INC.,
              Plaintiffs,
v.

CARNEIRO DONUTS, INC. and
MANUEL M. CARNEIRO,
              Defendants.

**OPPOSITION TO DEFENDANTS' EMERGENCY MOTION TO QUASH THE SUBPOENA OF DEFENDANTS' COUNSEL AND MOTION FOR A PROTECTIVE ORDER**

The Defendants' motion to quash the subpoena of Kevin R. McCarthy ("Attorney McCarthy") and for a protective order should be denied. Attorney McCarthy is the transactional attorney who represented the Defendants in the purchase of the franchise at issue in this case. It is clearly permissible to depose him in that capacity. The Defendants have alleged that the Plaintiff, Bowen Investment, Inc. ("BII") failed to disclose material litigation in its Offering Circular in violation of Rhode Island Franchise Law. Under applicable law, BII would not be liable if the Defendants knew of the facts concerning the purported non-disclosures. In relevant part, R.I. Gen. Laws § 19-28.1-21(a), provides:

> "No person shall be liable under this section if the defendant proves that the plaintiff knew the facts concerning the violation."

Attorney McCarthy is known to have been tracking various litigation matters in which the Plaintiffs are involved as early as May 2003.[1] For liability purposes, the Plaintiffs are

---

[1] Attorney McCarthy is registered with the District Court's CM/ECF database to receive all filings in cases involving the Plaintiffs, even though he represents no parties in said cases. Two of the cases that Attorney McCarthy has been tracking were filed *prior* to the Defendants' closing on the transferred Franchise Agreement (June 1, 2004). At least one of the unrelated cases which Attorney McCarthy is tracking was filed with this Court in May 2003 (Docket No. 03-cv-10965-JLT), another said case was filed in December 2003 (Docket No. 03-cv-12509-MBB).

entitled to discover what Attorney McCarthy (as transactional attorney) knew about their litigation history at the time of the closing as this knowledge may be deemed to have been imputed to the Defendants.

    The Plaintiff's subpoena requests that Attorney McCarthy produce records of investigations conducted of the Plaintiffs, including among other things, print-out of dockets, on-line inquiries, county case, party inquires PACER reports and/or queries.[2]  No privileges would apply to any such research and investigation material prior to commencement of this action.  Nor do the Plaintiffs intend to inquire about privileged information.  The subpoena should not be quashed and the protective order should not be granted.

    WHEREFORE, for the foregoing reasons, the Plaintiffs hereby request that this Honorable Court deny the Defendants' motion.

|  |  |
|---|---|
|  | BOWEN INVESTMENT, INC. |
|  | HONEY DEW ASSOCIATES, INC., |
|  | By their Attorneys, |
| Date: November 21, 2005 | /s/ Michael A. Wirtz |
|  | _____ |
|  | Jack J. Mikels, BBO# 345560 |
|  | Michael A. Wirtz, BBO# 636587 |
|  | Janell E. De Gennaro, BBO #656306 |
|  | JACK MIKELS & ASSOCIATES, LLP |
|  | 1 Batterymarch Park, Suite 309 |
|  | Quincy, MA  02169-7454 |
|  | Tel:  617.472.5600 |

F:\aa-mik\BII\Lit\Carneiro\Plead\Opp-MoQuash

---

[2] Some of the material that the Defendants produced in response to Plaintiffs' document request shows that Attorney McCarthy received certain information involving the Plaintiffs from third-parties.  This information is not likely to privileged as Attorney McCarthy claims.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 05-11709-NMG

BOWEN INVESTMENT, INC. and
HONEY DEW ASSOCIATES, INC.,
         Plaintiffs,
v.

CARNEIRO DONUTS, INC. and
MANUEL M. CARNEIRO,
         Defendants.

CERTIFICATE OF SERVICE

I, Michael A. Wirtz, hereby certify that a true and complete photocopy of the Opposition To Defendants' Emergency Motion To Quash The Subpoena Of Defendants' Counsel And Motion For A Protective Order was served this day via electronic means available under CM/ECF to counsel for the Defendants, Kevin R. McCarthy, 155 Fairoaks Lane, Cohasset, MA 02025, kemccar68@comcast.net.

Signed under the pains and penalties of perjury this 21st day of November, 2005.

/s/ Michael A. Wirtz
_____
Michael A. Wirtz

F:aa-mik\BII\Lit\Carneiro\Plead\Opp-MoQuash