UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BOWEN INVESTMENT, INC. )<br>HONEY DEW ASSOCIATES, INC. )<br>    Plaintiffs and Counterdefendants )<br>)<br>v. )<br>)<br>CARNEIRO DONUTS, INC and )<br>MANUEL M. CARNEIRO )<br>    Defendants and Counterclaimants )<br>) | C.A. No. 05 – 11709 NMG<br><br>Judge Nathaniel M. Gorton |

**MOTION OF DEFENDANTS CARNEIRO DONUTS, INC. AND MANUEL M. CARNEIRO TO COMPEL PLAINTIFFS' PRODUCTION OF DOCUMENTS RELATED TO THE PLAINTIFFS' PRESENT AND PAST HISTORY OF LITIGATION**

Now come the Defendants Carneiro Donuts, Inc. and Manuel M. Carneiro (collectively, "Defendants") and hereby move pursuant to Fed. R. Civ. P. 37(a) for an order compelling plaintiffs Bowen Investment, Inc. and Honey Dew Associates, Inc. (collectively "Plaintiffs") to fully and properly produce documents responsive to the Defendants' First Request for the Production of Documents to the Plaintiffs, Bowen Investment, Inc. and Honey Dew Associates, Inc. served on October 11, 2005 and inadequately responded to on November 4, 2005.   In support of this Motion, the Defendants state as follows:

1. On or about October 11, 2005 Document Requests were served upon the Plaintiffs Bowen Investment, Inc. and Honey Dew Associates, Inc. pursuant to Fed. R. Civ. P. 34(a).

2. On or about November 4, 2005, Plaintiff Bowen Investment, Inc. objected to and inadequately answered, largely on the basis of relevancy, Document Requests 5 thru 11 which relate directly to a central issue in this case, which is the Plaintiffs' litigation status and history.

3. On or about November 4, 2005, Honey Dew Associates, Inc. objected to and inadequately answered, largely on the basis of relevancy, Document Requests 1 thru 7 which relate directly to a central issue in this case, which is the Plaintiffs' litigation status and history.

4. On November 7, 2005 a Local Rule 7.1 conference was held between the parties' respective attorneys which failed to resolve the disagreement or narrow the issues.

5. The discovery matters inquired into by the above noted fourteen (14) specific Document Requests at issue are of central importance to at least four (4) of the Defendants' Counterclaims and at least four (4) of their Defenses.

6. The Defendants Carneiro Donuts, Inc. and Manuel M. Carneiro ask this Honorable Court to:

   a. Order the Plaintiffs to fully and completely produce documents pursuant to Fed. R. Civ. P. 34 in response to Requests 5, 6, 7, 8, 9, 10 and 11 of the DEFENDANTS' FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS TO PLAINTIFF, BOWEN INVESTMENT, INC. and to do so within 7 days - and:

   b. Order the Plaintiffs to fully and completely produce documents pursuant to Fed. R. Civ. P. 34 in response to Requests 1, 2, 3, 4, 5, 6 and 7 of the DEFENDANTS' FIRST REQUEST FOR THE PRODUCTION OF

DOCUMENTS TO PLAINTIFF, HONEY DEW ASSOCIATES, INC. and to do so within 7 days - and:

2. Order the Plaintiffs, as the defendants so hereby move, to pay the Defendants' reasonable attorney fees and expenses pursuant to Fed. R. Civ. P 37(4)(A) for failure to make disclosures required by Rule 26 (a).

As grounds for and in support of this Motion, the Defendants submit the accompanying MEMORANDUM OF DEFENDANTS TO COMPEL PLAINTIFFS' PRODUCTION OF DOCUMENTS RELATED TO THE PLAINTIFFS' PRESENT AND PAST HISTORY OF LITIGATION.

> Respectfully,
> MANUEL M. CARNEIRO
> CARNEIRO DOUNTS, INC.
> By their Attorney,
>
> /s/ Kevin R. McCarthy
> Kevin R. McCarthy
> (BBO # 640788)
> 155 Fairoaks Lane
> Cohasset, Ma  02025
> 781-383-0639

Date:   November 25, 2005

### CERTIFICATE OF SERVICE

I, Kevin R. McCarthy, certify that on this date I served a true copy the foregoing MOTION OF DEFENDANTS CARNEIRO DONUTS, INC. AND MANUEL M. CARNEIRO TO COMPEL PLAINTIFFS' PRODUCTION OF DOCUMENTS RELATED TO THE PLAINTIFFS' PRESENT AND PAST HISTORY OF LITIGATION to counsel for all other parties by electronic means (CM/ECF) to Jack J. Mikels, counsel for the plaintiff, Jack Mikels and Associates LLP, 1 Batterymarch Park, Suite 309, Quincy, MA 02169.

Date:  November 25, 2005

> /s/ Kevin R. McCarthy
> Kevin R. McCarthy

## LOCAL RULE 7.1 (A) (2) and 37(1)(B) CERTIFICATION

      I, Kevin R. McCarthy, counsel for the defendants, do hereby certify pursuant to Local Rule 7.1 (A) (2) that, prior to filing this motion, I conferred on November 7, 2005 with Michael Wirtz, counsel for the Plaintiffs, in an effort to resolve or narrow the issues raised by this Motion and that, pursuant to Local Rule 37 (1) (B), I conferred in good faith in an effort to resolve the issues and receive responses to the above noted 14 document requests without court action but these efforts failed.

                                                   /s/ Kevin R. McCarthy
                                                   Kevin R. McCarthy

Date:  November 25, 2005