UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BOWEN INVESTMENT, INC. ) <br> HONEY DEW ASSOCIATES, INC. ) <br>     Plaintiffs and Counterdefendants ) <br> ) <br> v. ) <br> ) <br> CARNEIRO DONUTS, INC and ) <br> MANUEL M. CARNEIRO ) <br>     Defendants and Counterclaimants ) | C.A. No. 05 – 11709 NMG <br><br> Judge Nathaniel M. Gorton |

**MOTION OF DEFENDANTS CARNEIRO DONUTS, INC. AND MANUEL M. CARNEIRO TO COMPEL PRODUCTION OF DOCUMENTS RELATED TO THE SUBFRANCHISE AGREEMENT AND THE LEGAL RELATIONSHIP BETWEEN THE PLAINTIFFS**

Now come the Defendants Carneiro Donuts, Inc. and Manuel M. Carneiro (collectively, "Defendants") and hereby move pursuant to Fed. R. Civ. P. 37(a) for an order compelling the Plaintiff, Honey Dew Associates, Inc. to fully and properly produce documents responsive to the Defendants' First Request for the Production of Documents to the Plaintiff Honey Dew Associates, Inc. ("HDA") served on October 11, 2005 and inadequately responded to on November 4, 2005.   In support of this Motion, the Defendants state as follows:

1. On or about October 11, 2005 Document Requests were served upon the Plaintiff Honey Dew Associates, Inc. pursuant to Fed. R. Civ. P. 34 (a).

2. On or about November 4, 2005, Honey Dew Associates, Inc. objected to and inadequately answered, largely on the basis of relevancy, Document Requests 24, 25, 26 and 23 which are not only highly relevant to this case in general but relate directly to central issues such as the legal status and relationship between Bowen Investment, Inc. ("BII") and Honey Dew Associates, Inc. as well as Bowen Investment Inc.'s legal status, rights and obligations as a subfranchisor of Honey Dew Associates, Inc. in addition to Honey Dew Associates Inc.'s legal obligations under the Rhode Island Franchise Investment Act.

3. On November 30, 2005 a Local Rule 7.1 conference was held between the parties' respective attorneys which failed to resolve the disagreement or narrow the issues.

4. The Defendants Carneiro Donuts, Inc. and Manuel M. Carneiro ask this Honorable Court to:

   a. Order the Plaintiffs, or at least HDA, to fully and completely produce documents pursuant to Fed. R. Civ. P. 34 in response to Requests 24, 25, 26, and 23 of the DEFENDANTS' FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS TO PLAINTIFF, HONEY DEW ASSOCIATES, INC. and to do so within 7 days - and:

   b. Specifically Order the Plaintiffs, or at least HDA, to produce the "agreement" between BII and HDA which is specifically noted on page one (1) of BII's 2/06/2003 and 2/06/2004 offering circulars and which should have been produced in response to the above noted four (4) document requests and to do so within 7 days - and:

  c. Order the Plaintiffs, or at least HDA, as the defendants so hereby move, to pay the Defendants' reasonable attorney fees and expenses pursuant to Fed. R. Civ. P 37(4)(A) for failure to make disclosures required by Rule 26 (a).

As grounds for and in support of this Motion, the Defendants submit the accompanying MEMORANDUM OF DEFENDANTS TO COMPEL PRODUCTION OF DOCUMENTS RELATED TO THE SUBFRANCHISE AGREEMENT AND THE LEGAL RELATIONSHIP BETWEEN THE PLAINTIFFS.

               Respectfully,
               MANUEL M. CARNEIRO
               CARNEIRO DOUNTS, INC.
               By their Attorney,

               /s/ Kevin R. McCarthy
               Kevin R. McCarthy
               (BBO # 640788)
               155 Fairoaks Lane
               Cohasset, Ma  02025
               781-383-0639

  Date: November 30, 2005

## CERTIFICATE OF SERVICE

 I, Kevin R. McCarthy, certify that on this date I served a true copy the foregoing MOTION OF DEFENDANTS CARNEIRO DONUTS, INC. AND MANUEL M. CARNEIRO TO COMPEL PRODUCTION OF DOCUMENTS RELATED TO THE SUBFRANCHISE AGREEMENT AND THE LEGAL RELATIONSHIP BETWEEN THE PLAINTIFFS to counsel for all other parties by electronic means (CM/ECF) to Jack J. Mikels, counsel for the plaintiff, Jack Mikels and Associates LLP, 1 Batterymarch Park, Suite 309, Quincy, MA 02169.

  Date:  November 30, 2005

               /s/ Kevin R. McCarthy
               Kevin R. McCarthy

**LOCAL RULE 7.1 (A) (2) and 37(1)(B) CERTIFICATION**

    I, Kevin R. McCarthy, counsel for the defendants, do hereby certify pursuant to Local Rule 7.1 (A) (2) that, prior to filing this motion, I conferred on November 30, 2005 with Michael Wirtz, counsel for the Plaintiffs, in an effort to resolve or narrow the issues raised by this Motion and that, pursuant to Local Rule 37 (1) (B), I conferred in good faith in an effort to resolve the issues and receive responses to the above noted 4 document requests without court action but these efforts failed.

                                          /s/ Kevin R. McCarthy
                                          Kevin R. McCarthy

Date:  November 30, 2005