UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C. A. NO. 05-11709 NMG

| | |
|---|---|
| BOWEN INVESTMENT, INC. and HONEY DEW ASSOCIATES, INC., <br>                   Plaintiffs, <br> v. <br> CARNEIRO DONUTS, INC., and MANUEL M. CARNEIRO, <br>                   Defendants. | |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1, Bowen Investment, Inc. ("BII") and Honey Dew Associates, Inc. ("HDA") (the "Plaintiffs") hereby move for entry of summary judgment against the defendants, Carneiro Donuts, Inc. and Manuel M. Carneiro (collectively the "Defendants") for (i) liability only as to the Verified Complaint, Count I (Breach of Contract) and III (Post Termination Damages), with damages to be assessed, (ii) for permanent injunctive relief as to Count II (Repossession of Real Estate), and, (iii) as to all Counterclaims. In support of this motion, the Plaintiffs state that no genuine issue exists as to any material fact and that, as a matter of law, the Plaintiffs are entitled to judgment. In further support therefore, the Plaintiffs submit a Memorandum of Law and the Affidavit of Robert P. Bowen, President of BII.

WHEREFORE, the Plaintiffs respectfully request that this Honorable Court grant their Motion for Summary Judgment as to the Verified Complaint and the Defendants' Counterclaims.

|  |  |
|---|---|
|  | The Plaintiffs, <br> BOWEN INVESTMENT, INC. <br> HONEY DEW ASSOCIATES, INC., <br> By their Attorneys, |
| Date: December 9, 2005 | /s/ Michael A. Wirtz <br> _____ <br> Jack J. Mikels, BBO# 345560 <br> Michael A. Wirtz, BBO# 636587 <br> Janell E. De Gennaro, BBO #656306 <br> JACK MIKELS & ASSOCIATES, LLP <br> 1 Batterymarch Park, Suite 309 <br> Quincy, MA  02169-7454 <br> Tel:  617.472.5600 |

BII/Litigation/Carneiro/Pleadings/SJ/MOSJ.doc