UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11709 NMG

BOWEN INVESTMENT, INC. and HONEY DEW
ASSOCIATES, INC.,
        Plaintiffs,
v.

CARNEIRO DONUTS, INC. and MANUEL M.
CARNEIRO,
        Defendants.

## SECOND AFFIDAVIT OF ROBERT P. BOWEN

I Robert P. Bowen, being under oath depose and state as follows:

1. I am the President of the Plaintiff, Bowen Investment, Inc. ("BII"). All statements herein are based upon my personal knowledge or upon records kept under my supervision and control, and so far as such statements are based on information and belief, I believe them to be true.

2. Pursuant to a Franchise Agreement and related documentation (the "Franchise Documents") dated June 1, 2004, BII granted Carneiro Donuts, Inc. ("CDI"), a franchise to operate a Honey Dew Donuts® Shop at 460 Allens Ave., Providence, RI (the "Shop"). This transaction was part of a deal by which the Defendants purchased the business from a prior franchisee.

3. The Defendants began their purchase arrangements to purchase the franchise from the prior franchisee in the Fall 2003. On November 5, 2003, they received a BII Offering Circular dated February 6, 2003 (the "2003 Offering Circular"). See copy of said Receipt page

signed by the Defendant, Manuel M. Carneiro, President of CDI ("Carneiro") attached hereto as Exhibit "A".

4. Prior to purchasing the franchise, Carneiro represented to me that he was familiar with donut shop operations due to his seven years of experience and employment at Dunkin Donuts where he attended all of the required Dunkin Donuts University Management Courses and managed two Dunkin Donut stores.

5. Pursuant to Section II of the Franchise Agreement, the Defendants were required to report gross sales and make weekly payments of 9% of gross sales to BII (7% was the royalty fee and 2% was a fee to the Honey Dew Advertising Fund (the "Advertising Fund")). This same payment scheme is described in BII's Offering Circular. Based upon the 7% royalty, BII was required to match CDI's Advertising Fund payment. The net effect is that, of CDI's gross sales, BII receives 5% and the Advertising Fund receives 4%.

6. For convenience, BII requested that its franchisees issue two checks, 5% to BII and 4% to the Advertising Fund. In part, this request was made in response to franchisee concerns that their franchisor might not promptly make the required 2% matching payment. By having the franchisee cut checks for 5% and 4%, instead of 7% and 2%, the franchisees have absolute certainty that the Advertising Fund receive everything to which it is entitled. Regardless of whether CDI wrote two checks for 7% and 2% each week or 5% and 4% each week, the net result was always 9% of gross sales.

7. In approximately one year of operations, the Defendants were routinely late in making the required weekly payments, and to date, CDI is not up to date on all payments due to BII:

(a) Defendants' failure to make required payments resulted in a Notice of Default dated January 27, 2005. At the time of the issuance of the Notice of Default, the Defendants were two weeks in arrears. Not only was the arrearage not timely cured, but by the cure date, the arrearage had grown to three weeks. As a result, a Notice of Termination dated February 22, 2005 was served on the Defendants;

(b) Defendants were also served with a Notice of Default dated February 22, 2005, for failure to make required payments. At the time of the issuance of the Notice of Default, the Defendants were three weeks in arrears. Not only was the arrearage not timely cured, but by the cure date, the arrearage had not been reduced. As a result, a Notice of Termination dated May 27, 2005 was served on the Defendants;

(c) Defendants were also served with a Notice of Default dated May 27, 2005, for failure to make required payments. At the time of the issuance of the Notice of Default, the Defendants were two weeks in arrears. Not only was the arrearage not timely cured, but by the cure date, the arrearage had not been reduced. As a result, a Notice of Termination dated June 8, 2005 was served on the Defendants;

(d) Defendants bounced a number of checks that were given to BII for payments including the following:

| Check Date | Check No. | Amount |
|---|---|---|
| 07/27/05 | 1658 | $1,637.31 |
| 09/20/05 | 1727 | $1,449.09 |
| 09/20/05 | 1733 | $1,544.05 |
| 09/26/05 | 1740 | $1,557.73 |
| 12/05/05 | 1749 | $1,512.49 |

See copies of said bounced checks attached hereto as Exhibit "B". As result of the Defendants insufficiently funded checks, BII has incurred additional bank fees and three of the checks totaling $4,614.27 are unpaid (Check Nos.: 1773, 1740 and 1749); and

(e) Defendants were terminated by a Notice of Termination dated August 1, 2005 for receipt of three Notices of Default in a one year period.

8. Despite termination and requests to cease and desist from the Plaintiff, Defendants continued operations at the Shop through October 7, 2005, necessitating an injunction to close the business.

9. By letter agreement dated July 26, 2004 and signed by Carneiro on or about August 2, 2004, the Defendants agreed to repay BII for certain equipment that was purchased by Defendants and paid for by BII. See copy of said letter agreement attached hereto as Exhibit "C". According to the agreement, BII allowed the Defendants to pay back the sum due over time, *interest free*.

10. BII did not provide "equipment financing" nor did the Defendants purchase any equipment from BII.

Signed under the penalties of perjury this 8th day of November, 2005.

_____
Robert P. Bowen

BII/Litigation/Carneiro/Pleadings/SJ/Aff_RPB2.doc

# EXHIBIT A

EXHIBIT
Carneiro
4
rub 11/22/05

23. Receipt

THIS OFFERING CIRCULAR SUMMARIZES CERTAIN PROVISIONS OF THE FRANCHISE AGREEMENT AND OTHER INFORMATION IN PLAIN LANGUAGE. READ THIS OFFERING CIRCULAR AND ALL AGREEMENTS CAREFULLY.

RHODE ISLAND FRANCHISE AND DISTRIBUTORSHIP LAW MAKES IT UNLAWFUL TO OFFER OR SELL ANY FRANCHISE IN THIS STATE WHICH IS SUBJECT TO REGISTRATION WITHOUT FIRST PROVIDING TO THE PROSPECTIVE FRANCHISEE, AT THE FIRST PERSONAL MEETING HELD FOR THE PURPOSE OF DISCUSSING THE SALE OR POSSIBLE SALE OR A FRANCHISE, OR AT LEAST TEN (10) BUSINESS DAYS PRIOR TO THE PAYMENT OF ANY CONSIDERATION BY THE FRANCHISEE OR EXECUTION OF AN AGREEMENT, WHICHEVER OCCURS FIRST, A COPY OF THE OFFERING CIRCULAR, TOGETHER WITH A COPY OF ALL PROPOSED AGREEMENTS RELATING TO THE FRANCHISE.

IF BOWEN INVESTMENT, INC. DOES NOT DELIVER THIS OFFERING CIRCULAR ON TIME OR IF IT CONTAINS A FALSE OR MISLEADING STATEMENT, OR A MATERIAL OMISSION, A VIOLATION OF FEDERAL AND STATE LAW MAY HAVE OCCURRED AND SHOULD BE REPORTED TO THE FEDERAL TRADE COMMISSION, WASHINGTON, D.C. 20580 AND THE RHODE ISLAND DEPARTMENT OF BUSINESS REGULATION, 233 RICHMOND STREET, SUITE 232, PROVIDENCE R.I. 02903-4232.

The undersigned, personally and/or as an officer or partner of the proposed franchisee do hereby acknowledge receipt of the offering circular of Bowen Investment, Inc., dated February 6, 2003 and Rhode Island Addendum A and Addendums B-E) together with all exhibits thereto (A. Actual, Average, Projected or Forecasted Franchisee Sales, Profits or Earnings, B. Financial Statements for Bowen Investment, Inc. and Honey Dew Associates, Inc., C. Franchise Agreement, D. Sublease, E. Covenant Not to Compete, F. Covenant to Protect Trade Secrets and Proprietary Information, G. Liability Agreement, H. Release and Waiver, I. Sample Equipment List, J. Conditional Assignment of Lease, K. Liability and Cross Default Agreement, L. Agreement Regarding Restrictive Covenant and Restrictive Covenant.

Date: 11-5-03    _____

MANUEL CARNEIRO
Print name

564 Hunt St E.P. R.I.
(Address)

The name and address of the Franchisor's registered agent in this state authorized to receive service of process is: CT Corporation System, 111 Westminster Street, Providence, Rhode Island 02903.

30

# EXHIBIT B

CARNEIRO DONUTS, INC
460 Allens Avenue
Providence, RI 02905

DomesticBank

**NSF**

1658

PAY  **** ONE THOUSAND SIX HUNDRED THIRTY SEVEN & 31/100 DOLLARS

TO THE ORDER OF

DATE 07/27/05    AMOUNT $ **1637.31

BOWEN INVESTMENT, INC.
W/E 7/24/05

AUTHORIZED SIGNATURE

⑈0001658⑈ ⑆211574833⑆ 01 0364669⑈    ⑈0000163731⑈

---

CARNEIRO DONUTS, INC
460 Allens Avenue
Providence, RI 02905

DomesticBank
57-7483/2115

1740

**NSF**

PAY  **** ONE THOUSAND FIVE HUNDRED FIFTY SEVEN & 73/100 DOLLARS

TO THE ORDER OF

DATE    AMOUNT $ **1557.73

BOWEN INVESTMENT, INC.
W/E 9/25/05

AUTHORIZED SIGNATURE

⑈0001740⑈ ⑆211574833⑆ 01 0364669⑈    ⑈0000155773⑈

---

CARNEIRO DONUTS, INC
460 Allens Avenue
Providence, RI 02905

DomesticBank
57-7483/2115

1733

**NSF**

PAY  **** ONE THOUSAND FIVE HUNDRED FORTY FOUR & 5/100 DOLLARS

TO THE ORDER OF

DATE    AMOUNT $ **1544.05

BOWEN INVESTMENT, INC.
W/E 9/18/05

AUTHORIZED SIGNATURE

⑈0001733⑈ ⑆211574833⑆ 01 0364669⑈    ⑈0000154405⑈



**Check 1727** — Carneiro Donuts, Inc., 460 Allens Avenue, Providence, RI 02905. NSF. Pay to the order of Bowen Investment, Inc. One Thousand Four Hundred Forty Nine & 9/100 Dollars. Date 09/20/05. Amount **1449.09. W/E 9/11/05.

**Check 1749** — Carneiro Donuts, Inc., 460 Allens Avenue, Providence, RI 02905. DomesticBank 57-7483/2115. NSF NSF. Pay to the order of Bowen Investment, Inc. One Thousand Five Hundred Twelve & 49/100 Dollars. Amount **1512.49. DO NOT REDEPOSIT. W/E 10/2/05.

# EXHIBIT C

**Bowen Investment, Inc.**
2 Taunton Street, Suite #5
Plainville, MA 02762
Tel: 508-695-3666 • Fax: 508-643-2429

July 26, 2004

Mr. Manny Carneiro
Honey Dew Donuts
460 Allen's Avenue
Providence, RI 02905

Dear Manny,

Enclosed are two invoices for equipment ordered for your franchise and paid for by me.

As we discussed, you agree to pay me back the money (interest free). The total bill expected is $9,428.00. I suggest you remit $100.00 per week for 94 weeks with $28.00 due at the end. If this is agreeable to you, please sign the bottom of this letter and return to me at your earliest convenience.

As always, if you have any questions, please call me at once.

Very truly yours,

Robert P. Bowen
President

RPB/rjp

Enc.

_____  Date 8-2-04
I, Manuel Carneiro agree with the terms of this letter.







SYSTEM PROPOSAL

QUOTE FOR:   HONEY DEW/PROVIDENCE          QUOTE DATE: 06/30/04
             400 ALLENS AVENUE             PROPOSAL #: 10891
             ROUTE 1A
             PROVIDENCE, RI 02903

ATTENTION:   MANNY
                                           FROM:   GAIL THOMPSON
REFERENCE:   C1060 WIRELESS D/T                    REPRESENTATIVE

| QTY. | DESCRIPTION | TOTAL |
|---|---|---|
| 1 | 3M HEADSET STORAGE RACK | |
| 1 | 3M C1060/960 PWR SUP BASE STAT | |
| 6 | 3M C1060 BATTERY | |
| 1 | 3M C1069 PROGRAM CORD/DEVICE | |
| 3 | 3M C1060 HEADSET | |
| 1 | 3M C1060 3 SLOT BATTERY CHARGE | |
| 1 | 3M C1060/960 PWR SPLY BATT CHA | |
| 3 | 3M C1060 TRAINING INSTRUCTIONS | |
| 1 | 3M C1060 BASE STATION C922AA | |
| 1 | PRICE PER QUOTE | |
|   | INSTALL LABOR | |

                        PROPOSAL TOTAL    4,845.00
                        (+ APPL.TAXES)     290.70  6% TAX
                                          5135.70

HONEY DEW/PROVIDENCE              DMX MUSIC
SIGNED: [signature]               APPROVED: _____
NAME: MANOEL CARNEIRO             DOWNPAYMENT REQ'D: $.00
DATE: 7-1-04                      P.O. #

BY SIGNATURE ABOVE, CUSTOMER ACKNOWLEDGES AND AGREES TO TERMS AND
CONDITIONS AS STATED ON THE ATTACHED ADDENDUM WHICH IS MADE PART OF
THIS PURCHASE AGREEMENT, AND I REPRESENT THAT I AM AUTHORIZED TO
ACCEPT SAID TERMS AND CONDITIONS. TAXES WILL BE CHARGED UPON
INVOICING BY DMX MUSIC AT APPLICABLE RATE. ALL DMX MUSIC INVOICES
SHALL BE DUE AND PAYABLE TEN (10) DAYS FROM INVOICE DATE. A FINANCE
CHARGE OF 1-1/2% PER MONTH WILL BE CHARGED ON PAST DUE ACCOUNTS.
(ANNUAL RATE 18%).

\* Includes (3) free C1060 headset &
(1) free Speaker/Mic & cable

500 WEST MAIN STREET   NORTHBORO, MASSACHUSETTS 01532
                  TEL. 508.393.2591   FAX 508.393.6137   dmxmusic.com



| | |
|---|---|
| Document 34 | File |
| | 4333. 50 |

# RHODE ISLAND RESTAURANT EQUIPMENT COMPANY, INC.

350 Kinsley Avenue
Providence, RI 02903
Phone: (401) 751-4433 • Fax: (401) 751-8444

| BUYER | | | | | DATE | |
|---|---|---|---|---|---|---|
| BOB BOWEN | | | | | 8-6-2004 | |
| SOLD TO: HONEY DEW DONUTS 460 ALLENS AVE. PROVIDENCE, R.I. | | | | | SHIP TO: | |
| PHONE: BOB: 965-0239    785-4524 MANNY | | | | | | |
| DEPT | START | COMPLETE | NOTES | | | TERMS |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 ea. | BELSHAW TZ-17 THERMALIZER | | 3570.00 |
| 24 ea. | SCREENS | | 480.00 |
| | | | 4050.00 |
| | TAX | | 283.50 |
| | | | 4333.50 |

#23116
8/24/04

A SERVICE CHARGE OF 1% PER MONTH WITH AN ANNUAL RATE OF 21% WILL BE APPLIED TO ALL OVERDUE AMOUNTS