UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 05-11709-NMG

BOWEN INVESTMENT, INC. and
HONEY DEW ASSOCIATES, INC.,
           Plaintiffs,

v.

CARNEIRO DONUTS, INC. and
MANUEL M. CARNEIRO,
           Defendants.

## CERTIFICATE OF SERVICE

I, Michael A. Wirtz, hereby certify that a true and complete copy of:

(1) Plaintiffs' Motion for Summary Judgment as to Liability only as to its Complaint and Defendants' Counterclaims;

(2) Plaintiffs' Memorandum in Support of thier Motion for Summary Judgment as to Liability only as to its Complaint and Defendants' Counterclaims;

(3) Plaintiffs' statement of Undisputed Material Facts Pursuant to Local Rule 56.1;

(4) Second Affidavit of Robert P. Bowen; and

(5) Affidavit of Attorney Michael A. Wirtz,

were served this day via electronic means available under CM/ECF to counsel for the

Defendants, Kevin R. McCarthy, 155 Fairoaks Lane, Cohasset, MA 02025,

kemccar68@comcast.net.

Signed under the pains and penalties of perjury this 9th day of December, 2005.

                                              /s/ Michael A. Wirtz
                                              _____
                                              Michael A. Wirtz

BII\Lit\Carneiro\Plead\SJ\CertServ.