UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| BOWEN INVESTMENT, INC. | ) | |
| HONEY DEW ASSOCIATES, INC. | ) | C.A. No. 05 – 11709 NMG |
|     Plaintiffs and Counterdefendants | ) | |
|  | ) | Judge Nathaniel M. Gorton |
| v. | ) | |
|  | ) | |
| CARNEIRO DONUTS, INC and | ) | |
| MANUEL M. CARNEIRO | ) | |
|     Defendants and Counterclaimants | ) | |

## DEFENDANTS' MOTION TO EXTEND SUMMARY JUDGMENT RESPONSE TIME PURSUANT TO RULE 56 (f)

Now come the Defendants Carneiro Donuts, Inc. and Manuel M. Carneiro (collectively, "Defendants") and hereby move pursuant to Fed. R. Civ. P. 56(f) and Fed. R. Civ. P. 6 (b) for an order extending the time for the Defendants to oppose the Plaintiffs' Motion for Summary Judgment until the Court has ruled on three (3) previously and properly submitted Motions to Compel certain interrogatories and documents so that the Plaintiff's may fairly and adequately defend against the Defendant's 12/09/05 Summary Judgment Motion. In support of this Motion, the Defendants state as follows:

1.  On August 12, 2005 the Plaintiff's filed a three (3) count complaint against the Defendant's alleging breach of their Honey Dew related franchise contract, trademark violation claims and thirdly asking for post termination damages. On October 20, 2005 the Defendants filed their first amended answers and alleged in counterclaim breach of contract, breach of the warranty of good faith and fair

     dealing, fraud through material misrepresentation, fraud through failure to disclose material facts, violation of the Rhode Island Franchise Investment Act and violation of M.G.L. c. 93A. On October 4, 2004, Judge Gorton set Jury Trial for 1/17/06 and amongst other relevant orders also set 11/28/05 as the end of Discovery and 12/09/05 as the date due for Dispositive Motions with responses due on 12/23/05. On December 9, 2005, the Plaintiffs filed a Motion for Summary Judgment.

2. The Defendants have been diligent and timely in pursuing discovery but only await the Court's decision on three (3) timely and proper Motions to Compel and the discovery demanded by them in order to adequately and fairly oppose the Plaintiffs' Summary Judgment motion.

3. The requested Interrogatory answers and Document productions are centrally important and highly material to the Defendants' Counterclaims and Defenses.

4. Not allowing the completion of Discovery in this case, including rulings on the Defendants' outstanding Motions to Compel, would preclude a judgment that the nonmovant Defendants lack substantial evidence to support their Defenses and Counterclaims without such a judgment violating the Defendants' Seventh Amendment right to a jury trial.

5. As grounds for and in support of this Motion, the Defendants submit the accompanying MEMORANDUM OF DEFENDANTS IN SUPPORT OF DEFENDANTS' MOTION TO EXTEND THE SUMMARY JUDGMENT RESPONSE TIME PURSUANT TO FED. R. CIV. P. 56 (f) and RULE 56 (F) AFFIDAVIT OF DEFENDANT MANUEL M. CARNEIRO.

WHEREFORE, the defendants Carneiro Donuts, Inc. and Manuel M. Carneiro ask this Honorable Court to:

1. Extend the deadline for the Defendants' opposition and response to the Plaintiffs' Motion for Summary Judgment from 12/23/05 until 10 days after receiving the last of the documents and interrogatories the Court orders the Plaintiff's to produce as a result of the three (3) timely filed Defendants' Motions to Compel referred to above – and/or

2. In the event that the Court denies all of the Defendant's Motions to Compel, extend the deadline for the Defendants' opposition and response to the Plaintiffs' Motion for Summary Judgment from 12/23/05 until 10 days after the Court rules on the last of the three (3) timely filed Defendants' Motions to Compel– or

3. Direct the parties, pursuant to Fed. R. Civ. P. 16, to appear before the Court for a conference to resolve the issues raised by this Motion as well as the outstanding Motions to Compel and also to review the present trial schedule to ensure the expeditious but just disposition of this action.

4. Grant other such relief as the Court deems just and proper.

    Respectfully,
MANUEL M. CARNEIRO
CARNEIRO DOUNTS, INC.
By their Attorney,

/s/ Kevin R. McCarthy
Kevin R. McCarthy
(BBO # 640788)
155 Fairoaks Lane
Cohasset, Ma  02025
781-383-0639

Date:   December 10, 2005

## CERTIFICATE OF SERVICE

    I, Kevin R. McCarthy, certify that on this date I served a true copy the foregoing DEFENDANTS' MOTION TO EXTEND SUMMARY JUDGMENT RESPONSE TIME PURSUANT TO RULE 56 (f) to counsel for all parties by electronic means (CM/ECF) to Jack J. Mikels, counsel for the plaintiff, at Jack Mikels and Associates LLP, 1 Batterymarch Park, Suite 309, Quincy, MA 02169.

    Date:  December 10, 2005

                      /s/ Kevin R. McCarthy
                      Kevin R. McCarthy

## LOCAL RULE 7.1 (A) (2) and 37(1)(B) CERTIFICATION

    I, Kevin R. McCarthy, counsel for the defendants, do hereby certify pursuant to Local Rule 7.1 (A) (2), that prior to filing this motion I conferred by phone on December 9, 2005 with Michael Wirtz, counsel for the Plaintiffs, in an effort to resolve or narrow the issues raised by this Motion and that, pursuant to Local Rule 37 (1) (B), I conferred in good faith in an effort to resolve the issues without Court action but these efforts failed.

                      /s/ Kevin R. McCarthy
                      Kevin R. McCarthy

    Date:  December 10, 2005