United States District Court
District of Massachusetts

```
_____
                               )
BOWEN INVESTMENT, INC. and     )
HONEY DEW ASSOCIATES, INC.,    )
                               )
        Plaintiffs,            )   Civil Action No.
                               )   05-11709-NMG
        v.                     )
                               )
CARNEIRO DONUTS, INC. and      )
MANUEL M. CARNEIRO,            )
                               )
        Defendants.            )
_____)
```

ORDER

**GORTON, J.**

Defendants' pending motions to compel are resolved as follows:

1) With respect to defendants' motion to compel production by plaintiffs of documents relating to their history of litigation (Docket Nos. 21 and 26), defendants have failed to identify the relevance and materiality of any litigation not disclosed to defendants in their franchise offering. Without specific evidence of such relevance and materiality, those motions are, therefore, **DENIED WITHOUT PREJUDICE.**

2) With respect to defendants' motion to compel the production of certain documents relating to the subfranchise relationship (Docket No. 29), defendants have demonstrated the materiality of the relationship between Honey Dew Associates,

Inc. ("HDA") and Bowen Investment Inc. ("BII") and therefore the motion in that regard will be **ALLOWED**.  Plaintiffs are directed to produce a copy of the subfranchise agreement between HDA and BII to defendants on or before January 3, 2006.  In all other respects that motion is **DENIED**.

    3) The Request for Sanctions is **DENIED**.

**So ordered.**

                                               /s/ Nathaniel M. Gorton  
                                               Nathaniel M. Gorton  
                                               United States District Judge

Dated December 19, 2005