UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOWEN INVESTMENT, INC.<br>HONEY DEW ASSOCIATES, INC.<br>    Plaintiffs and Counterdefendants<br><br>v.<br><br>CARNEIRO DONUTS, INC and<br>MANUEL M. CARNEIRO<br>    Defendants and Counterclaimants | C.A. No. 05 – 11709 NMG<br><br>Judge Nathaniel M. Gorton |

## DEFENDANTS' EXHIBIT LIST

Pursuant to the Court's Order of January 5, 2006 below is the Defendants' Exhibit List pertaining to the jury trial scheduled for commencement on January 17, 2006:

1. 2/06/03 BII Franchise Offering Circular and signed receipt of Manuel Carneiro dated 11/5/03.

2. 2/06/04 BII Franchise Offering Circular along with a cover letter from Mikels to McCarthy and the signed receipt of Manuel Carneiro dated 3/03/04.

3. 460 Allens Avenue Closing Documents - all dated June 1, 2004:

   a. Agreement regarding transfer of Honey Dew Donut Franchises and addendum to franchise agreements;

   b. Franchise Agreement;

   c. Lease.

4. September 17, 2004 letter enclosing July 26, 2004 note and related invoices for the financing of certain equipment from Robert Bowen to Defendants.

5. Customer Satisfaction Standards Evaluations dated: June 4, 2004 (5), October 7, 2004, and May 11, 2005.

6. Letters from Attorney McCarthy to Attorney Mikels dated: February 28, 2005, March 8, 2005, March 18, 2005, March 22, 2005, April 20, 2005, April 25, 2005, May 4, 2005, May 20, 2005, June 3, 2005, July 25, 2005 and August 2, 2005.

7. March 16, 2005 e-mail letter from Attorney Mikels to Attorney McCarthy.

8. Exhibit 24 from the deposition of Tracy Botelho containing the records of weekly rent, rental override, real estate taxes, franchise royalties and advertising fees paid by the Defendants to the Plaintiffs from w/e 6/27/04 to w/e 12/26/04.

9. Exhibit 8 from the deposition of Tracy Botelho containing the records of weekly rent, rental override, real estate taxes, franchise royalties and advertising fees paid by the Defendants to the Plaintiffs from w/e 1/02/05 to w/e 10/02/05.

10. Copies of the actual checks paid the Plaintiffs from the Defendants for all the payments described in the records noted in Exhibits 24 and 8 from the deposition of Tracy Botelho.

11. Copies of any and all checks made out to either of the Plaintiffs from either of the Defendants from June 1, 2004 to the present.

12. Letter from Attorney Mikels and Attorney Carter dated June 28, 2004.

13. Court certified copies of attested to filings in following litigation cases involving the Plaintiffs:

    1. *Honey Dew Associates, Inc.* v. *Yazbek*, Norfolk Superior Court, NOCV2003-02110 ( filed 11/13/2003 and presently ongoing);

    2. *Cohen Maria Rocha et al v. Honey Dew Associates, Inc.,* PLCV1995-00019 (1995);

    3. *Honey Dew Associates, Inc. and Bowen Investments, Inc. v. A&F Management, Inc,* C.A. No. 99-463T, (USDC of RI);

    4. *Honey Dew Associates, Inc. et al. v. M & K Food Corp, et al.*, Bus. Franchise Guide (CCH) Para. 11,813 (D. R.I. Jan. 31, 2000).

14. 4 Documents disclosed by AA Sign and Awning in response to Defendants' Rule 45 request.

15. 8 Documents disclosed by DMX in response to Defendants' Rule 45 request.

16. January 5, 2004 letter from Manuel Carneiro to Robert Bowen.

17. March 10, 2004 letter from Jack Mikels to Daniel Carter including attached executed reinstatement agreement.

18. March 17, 2005 Cease and Desist letter from Janell DeGennaro to Defendants.

19. December 9, 2004 letter to all Honey Dew Donuts franchisees from Andy Gallagher re: shop evaluations.

20. All affidavits of Robert Bowen and Richard Bowen submitted in this case.

21. June 2005 HDA accounting of advertising funds and receipts from Richard Bowen, President of HDA.

22. July 17, 2005 e-mail from Monica Keiffer to Roberta Porter.

23. February 23, 2004 letter from Jack Mikels to Kevin McCarthy disclosing updated 2/06/04 Offering Circular.

24. Exhibit # 19 of Richard Bowen's/ HDA's deposition – Norfolk Superior Court litigation cases.

25. License agreement document taken in by the Court during the January 5, 2006 pre-trial hearing and filed as sealed and confidential.

26. Reinstatement agreement offered to Defendants by Plaintiffs.

27. April 5, 2005 letter from DeGennaro to McCarthy along with all attachments.

28. March 22, 2005 letter from McCarthy to DeGennaro.

29. March 1, 2005 cure letter from Manuel Carneiro to Mikels in response to 2/22/05 Notice of default – along with cover memo from Tracy Botelho and Eaton business card.

30. March 7, 2005 letter from Roberta Porter to Manny Carneiro.

31. April 26, 2004 letter from Daniel Carter to Jack Mikels.

32. Purchase and Sales Agreement for 460 Allens Ave. and 935 Park Avenue.

33. Deposition transcripts and all exhibits from depositions of: Donal Smith, Richard Bowen/HDA, Tracy Botelho, Mario Carneiro, Robert Bowen/BII, Manuel Carneiro/Carneiro Donuts, Geary Paolino ( AA Sign), Walter Richards ( RI Restaurant) Frank Wrightington and Jose Garcia.

34. All documents disclosed by Plaintiff Bowen Investment, Inc. in response to Defendants' document requests served in this case.

35. All documents disclosed by Plaintiff Honey Dew Associates, Inc. in response to Defendants' document requests served in this case.

36. Answers of Plaintiff Bowen Investment, Inc. to Defendants' Interrogatories served in this case.

37. Answers of Plaintiff Honey Dew Associates, Inc. to Defendants' Interrogatories served in this case.

38. Honey Dew Franchise Offering Circular dated March 1, 2002.

39. September 28, 2004 district meeting agenda.

40. January 29, 2004 profit and loss projections and cover sheet from Mario Carneiro to Robert Bowen.

41. February 3, 2004 letter from Daniel Carter to Jack Mikels.

42. July 15, 2004 letter from Jack Mikels to Daniel Carter.

43. All documents and exhibits listed on the Plaintiff's Exhibit List.

Defendants' respectfully reserve the right to update this list, if necessary and in the interest of justice, any time prior to the commencement of trial.

|  | Respectfully,<br>MANUEL M. CARNEIRO<br>CARNEIRO DONUTS, INC.<br>By their Attorney, |
|---|---|
|  | /s/ Kevin R. McCarthy<br>Kevin R. McCarthy<br>(BBO # 640788)<br>155 Fairoaks Lane<br>Cohasset, Ma  02025 |
| Date:   January 9, 2006 | 781-383-0639 |

## CERTIFICATE OF SERVICE

I, Kevin R. McCarthy, certify that on this date I served a true copy the foregoing DEFENDANTS' EXHIBIT LIST to counsel for all other parties by electronic means (CM/ECF) to Jack J. Mikels, counsel for the plaintiff, Jack Mikels and Associates LLP, 1 Batterymarch Park, Suite 309, Quincy, MA 02169.

Date:  January 9, 2006

/s/ Kevin R. McCarthy
Kevin R. McCarthy