UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BOWEN INVESTMENT, INC. ) | | |
| HONEY DEW ASSOCIATES, INC. ) | | C.A. No. 05 – 11709 NMG |
| Plaintiffs and Counterdefendants ) | | |
| ) | | Judge Nathaniel M. Gorton |
| v. ) | | |
| ) | | |
| CARNEIRO DONUTS, INC and ) | | |
| MANUEL M. CARNEIRO ) | | |
| Defendants and Counterclaimants ) | | |

**DEFENDANTS' PROPOSED VERDICT FORM**

**I.   Bowen Investment, Inc. and Honey Dew Associates, Inc.'s claims against Carneiro Donuts, Inc. and Manuel M. Carneiro**

1.   On Bowen Investment Inc. and Honey Dew Associates, Inc.'s claim for breach of contract, by failure to make required payments when due, against Carneiro Donuts, Inc. and Manuel M. Carneiro, we the jury, by a preponderance of the evidence, find in favor of:

_____   Plaintiffs, Bowen Investment, Inc. and Honey Dew Associates, Inc.

_____   Defendants, Carneiro Donuts Inc., and Manuel M. Carneiro

   **[ Please check one line above, but not both]**

2.   With respect to Bowen Investment Inc. and Honey Dew Associates, Inc.'s claim for breach of contract, by failure to make required payments when due, against Carneiro Donuts, Inc. and Manuel M. Carneiro, we the jury assess damages in favor of Plaintiffs, Bowen Investment Inc. and Honey Dew Associates, Inc, in the amount of:

   Total:  $_____

   *( if your answer to question 1 was in favor of Carneiro Donuts, Inc. and Manuel M. Carneiro, this number will be zero)*

3.  On Bowen Investment Inc. and Honey Dew Associates, Inc.'s trademark claims against Carneiro Donuts, Inc. and Manuel M. Carneiro, we the jury, by a preponderance of the evidence, find in favor of:

_____  Plaintiffs, Bowen Investment, Inc. and Honey Dew Associates, Inc.

_____  Defendants, Carneiro Donuts Inc., and Manuel M. Carneiro

**[ Please check one line above, but not both]**

4.  With respect to Bowen Investment Inc. and Honey Dew Associates, Inc.'s trademark claims against Carneiro Donuts, Inc. and Manuel M. Carneiro, we the jury assess damages in favor of Plaintiffs, Bowen Investment Inc. and Honey Dew Associates, Inc, in the amount of:

    Total:  $_____

*( if your answer to question 3 was in favor of Carneiro Donuts, Inc. and Manuel M. Carneiro, this number will be zero)*

5.  On Bowen Investment Inc. and Honey Dew Associates, Inc.'s claim for post-termination damages against Carneiro Donuts, Inc. and Manuel M. Carneiro, we the jury, by a preponderance of the evidence, find in favor of:

_____  Plaintiffs, Bowen Investment, Inc. and Honey Dew Associates, Inc.

_____  Defendants, Carneiro Donuts Inc., and Manuel M. Carneiro

**[ Please check one line above, but not both]**

6.  With respect to Bowen Investment Inc. and Honey Dew Associates, Inc.'s claim for post termination damages against Carneiro Donuts, Inc. and Manuel M. Carneiro, we the jury assess damages in favor of Plaintiffs, Bowen Investment Inc. and Honey Dew Associates, Inc, in the amount of:

    Total:  $_____

*( if your answer to question 5 was in favor of Carneiro Donuts, Inc. and Manuel M. Carneiro, this number will be zero)*

**II.     Carneiro Donuts Inc. and Manuel M. Carneiro's claims against Bowen Investment, Inc.**

1. On Carneiro Donuts, Inc. and Manuel M. Carneiro's claim for breach of contract against Bowen Investment, Inc., we the jury, by a preponderance of the evidence, find in favor of:

_____ Plaintiff, Bowen Investment, Inc.

_____ Defendants, Carneiro Donuts Inc., and Manuel M. Carneiro

**[ Please check one line above, but not both ]**

2. With respect to Carneiro Donuts, Inc. and Manuel M. Carneiro's claim for breach of contract against Bowen Investment, Inc., we the jury assess damages in favor of Carneiro Donuts, Inc. and Manuel M. Carneiro in the amount of:

   Total: $_____

*( if your answer to question 1 was in favor of Bowen Investment, Inc. this number will be zero)*

3. On Carneiro Donuts, Inc. and Manuel M. Carneiro's claim for breach of the warranty of good faith and fair dealing against Bowen Investment, Inc., we the jury, by a preponderance of the evidence, find in favor of:

_____ Plaintiff, Bowen Investment, Inc.

_____ Defendants, Carneiro Donuts Inc., and Manuel M. Carneiro

**[ Please check one line above, but not both]**

4. With respect to Carneiro Donuts, Inc. and Manuel M. Carneiro's claim for breach of the warranty of good faith and fair dealing against Bowen Investment, Inc., we the jury assess damages in favor of Carneiro Donuts, Inc. and Manuel M. Carneiro in the amount of:

   Total: $_____

*( if your answer to question 3 was in favor of Bowen Investment, Inc.  this number will be zero)*

    5.    On Carneiro Donuts, Inc. and Manuel M. Carneiro's claim for fraud through material misrepresentation against Bowen Investment, Inc., we the jury, by a preponderance of the evidence, find in favor of:

_____ Plaintiff Bowen Investment, Inc.

_____ Defendants, Carneiro Donuts Inc., and Manuel M. Carneiro

**[ Please check one line above, but not both]**

    6.   With respect to Carneiro Donuts, Inc. and Manuel M. Carneiro's claim for fraud through material misrepresentation against Bowen Investment, Inc., we the jury assess damages in favor of Carneiro Donuts, Inc. and Manuel M. Carneiro in the amount of:

        Total:  $_____

*( if your answer to question 5 was in favor of Bowen Investment, Inc.  this number will be zero)*

    7.    On Carneiro Donuts, Inc. and Manuel M. Carneiro's claim for fraud through failure to disclose material facts against Bowen Investment, Inc., we the jury, by a preponderance of the evidence, find in favor of:

_____ Plaintiff Bowen Investment, Inc.

_____ Defendants, Carneiro Donuts Inc., and Manuel M. Carneiro

**[ Please check one line above, but not both]**

    8.   With respect to Carneiro Donuts, Inc. and Manuel M. Carneiro's claim for fraud through failure to disclose material facts against Bowen Investment, Inc., we the jury assess damages in favor of Carneiro Donuts, Inc. and Manuel M. Carneiro in the amount of:

        Total:  $_____

*( if your answer to question 7 was in favor of Bowen Investment, Inc.  this number will be zero)*

    9.    On Carneiro Donuts, Inc. and Manuel M. Carneiro's claim for violation of the Rhode Island Franchise Investment Act against Bowen Investment, Inc., we the jury, by a preponderance of the evidence, find in favor of:

_____ Plaintiff Bowen Investment, Inc.

_____ Defendants, Carneiro Donuts Inc., and Manuel M. Carneiro

**[ Please check one line above, but not both]**

   10.  With respect to Carneiro Donuts, Inc. and Manuel M. Carneiro's claim for violation of the Rhode Island Franchise Investment Act against Bowen Investment, Inc., we the jury assess damages in favor of Carneiro Donuts, Inc. and Manuel M. Carneiro in the amount of:

      Total:  $_____

*( if your answer to question 9 was in favor of Bowen Investment, Inc.  this number will be zero)*

### III.   Carneiro Donuts Inc. and Manuel M. Carneiro's claims against Honey Dew Associates, Inc.

   1.  On Carneiro Donuts, Inc. and Manuel M. Carneiro's claim for breach of contract against Honey Dew Associates, Inc., we the jury, by a preponderance of the evidence, find in favor of:

_____ Plaintiff Bowen Investment, Inc.

_____ Defendants, Carneiro Donuts Inc., and Manuel M. Carneiro

**[Please check one line above, but not both]**

   2.  With respect to Carneiro Donuts, Inc. and Manuel M. Carneiro's claim for breach of contract against Honey Dew Associates, Inc., we the jury assess damages in favor of Carneiro Donuts, Inc. and Manuel M. Carneiro in the amount of:

      Total:  $_____

*( if your answer to question 1 was in favor of Honey Dew Associates, Inc. this number will be zero)*

   3.  On Carneiro Donuts, Inc. and Manuel M. Carneiro's claim for breach of the warranty of good faith and fair dealing against Honey Dew Associates, Inc., we the jury, by a preponderance of the evidence, find in favor of:

_____  Plaintiff Bowen Investment, Inc.

_____  Defendants, Carneiro Donuts Inc., and Manuel M. Carneiro

**[ Please check one line above, but not both]**

   4.   With respect to Carneiro Donuts, Inc. and Manuel M. Carneiro's claim for breach of the warranty of good faith and fair dealing against Honey Dew Associates, Inc., we the jury assess damages in favor of Carneiro Donuts, Inc. and Manuel M. Carneiro in the amount of:

   Total:  $_____

   *( if your answer to question 3 was in favor of Honey Dew Associates, Inc. this number will be zero)*

   5.   On Carneiro Donuts, Inc. and Manuel M. Carneiro's claim for fraud through material misrepresentation against Honey Dew Associates, Inc., we the jury, by a preponderance of the evidence, find in favor of:

_____  Plaintiff Bowen Investment, Inc.

_____  Defendants, Carneiro Donuts Inc., and Manuel M. Carneiro

**[ Please check one line above, but not both]**

   6.   With respect to Carneiro Donuts, Inc. and Manuel M. Carneiro's claim for fraud through material misrepresentation against Honey Dew Associates, Inc., we the jury assess damages in favor of Carneiro Donuts, Inc. and Manuel M. Carneiro in the amount of:

   Total:  $_____

   *( if your answer to question 5 was in favor of Honey Dew Associates, Inc. this number will be zero)*

   7.   On Carneiro Donuts, Inc. and Manuel M. Carneiro's claim for fraud through failure to disclose material facts against Honey Dew Associates, Inc., we the jury, by a preponderance of the evidence, find in favor of:

_____  Plaintiff Bowen Investment, Inc.

_____  Defendants, Carneiro Donuts Inc., and Manuel M. Carneiro

**[Please check one line above, but not both]**

    8.  With respect to Carneiro Donuts, Inc. and Manuel M. Carneiro's claim for fraud through failure to disclose material facts against Honey Dew Associates, Inc., we the jury assess damages in favor of Carneiro Donuts, Inc. and Manuel M. Carneiro in the amount of:

    Total:  $_____

*( if your answer to question 7 was in favor of Honey Dew Associates, Inc. this number will be zero)*

    9.  On Carneiro Donuts, Inc. and Manuel M. Carneiro's claim for violation of the Rhode Island Franchise Investment Act against Honey Dew Associates, Inc., we the jury, by a preponderance of the evidence, find in favor of:

_____ Plaintiff Bowen Investment, Inc.

_____ Defendants, Carneiro Donuts Inc., and Manuel M. Carneiro

**[Please check one line above, but not both]**

    10.  With respect to Carneiro Donuts, Inc. and Manuel M. Carneiro's claim for violation of the Rhode Island Franchise Investment Act against Honey Dew Associates, Inc., we the jury assess damages in favor of Carneiro Donuts, Inc. and Manuel M. Carneiro in the amount of:

    Total:  $_____

*( if your answer to question 9 was in favor of Honey Dew Associates, Inc. this number will be zero)*

*Thank you for your service.  You should not proceed any further except to sign and date this Verdict Form and return it to the courtroom.*

**SO SAY WE ALL, this _____ day of January 2006.**

                                            By:_____
                                                    Jury Foreperson

Defendants' respectfully reserve the right to update this verdict form, if necessary and in the interest of justice, any time prior to the commencement of trial.

                              Respectfully,
                              MANUEL M. CARNEIRO
                              CARNEIRO DONUTS, INC.
                              By their Attorney,

                              /s/ Kevin R. McCarthy
                              Kevin R. McCarthy
                              (BBO # 640788)
                              155 Fairoaks Lane
                              Cohasset, Ma  02025
Date:   January 9, 2006           781-383-0639


## CERTIFICATE OF SERVICE

I, Kevin R. McCarthy, certify that on this date I served a true copy the foregoing DEFENDANTS' PROPOSED VERDICT FORM to counsel for all other parties by electronic means (CM/ECF) to Jack J. Mikels, counsel for the plaintiff, Jack Mikels and Associates LLP, 1 Batterymarch Park, Suite 309, Quincy, MA 02169.


Date:  January 9, 2006

                              /s/ Kevin R. McCarthy
                              Kevin R. McCarthy