UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
BOWEN INVESTMENT, INC.              )
HONEY DEW ASSOCIATES, INC.          )   C.A. No. 05 – 11709 NMG
     Plaintiffs and Counterdefendants )
                                    )   Judge Nathaniel M. Gorton
v.                                  )
                                    )
CARNEIRO DONUTS, INC and            )
MANUEL M. CARNEIRO                  )
     Defendants and Counterclaimants )
_____)

## DEFENDANTS' WITNESS LIST

Pursuant to the Court's Order of January 5, 2006 below is the Defendants' Witness List pertaining to the jury trial scheduled for commencement on January 17, 2006:

1. Manuel M. Carneiro
   564 Hunt Street
   Central Falls, RI  02863

2. Mario Carneiro, CPA
   Office of Mario Carneiro, CPA
   577 Warren Ave., Suite 200
   East Providence, RI  02914

3. Robert Bowen, President
   c/o Bowen Investment, Inc.
   1215 Reservoir Ave.
   Cranston, RI  02920

4. Richard Bowen, President
   c/o Honey Dew Associates, Inc.
   2 Taunton Street
   Plainville, MA  02762

5. Frank Wrightington
   3 Daniel Drive
   North Easton, MA  02356

6. Walter A. Richard, President
   c/o Rhode Island Restaurant Equip.
   350 Kinsley Avenue
   Providence, RI  02903

7. Tracy Botelho
   Office of Mario Carneiro, CPA
   577 Warren Ave., Suite 200
   East Providence, RI  02914

8. Joseph Garcia
   c/o Honey Dew Donuts
   1766 Warwick Ave.
   Warwick, RI  02889

9. Geary C. Paolino, President
   c/o AA Sign & Awning
   55 Dorrance Street, Suite 400
   Providence, RI  02903

10. Daniel P. Carter
    Law Office of Daniel P. Carter
    222 Jefferson Boulevard
    Warwick, RI  02886

11. Any witness listed on the Plaintiffs' witness list.

Defendants' respectfully reserve the right to update this list, if necessary and in the interest of justice, any time prior to the commencement of trial.

Respectfully,
MANUEL M. CARNEIRO
CARNEIRO DONUTS, INC.
By their Attorney,

/s/ Kevin R. McCarthy
Kevin R. McCarthy
(BBO # 640788)
155 Fairoaks Lane
Cohasset, Ma  02025
781-383-0639

Date:  January 9, 2006

2

## CERTIFICATE OF SERVICE

     I, Kevin R. McCarthy, certify that on this date I served a true copy the foregoing DEFENDANTS' WITNESS LIST to counsel for all other parties by electronic means (CM/ECF) to Jack J. Mikels, counsel for the plaintiff, Jack Mikels and Associates LLP, 1 Batterymarch Park, Suite 309, Quincy, MA 02169.

Date:  January 9, 2006

                                      /s/ Kevin R. McCarthy
                                      Kevin R. McCarthy