UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| BOWEN INVESTMENT, INC. | ) | |
| HONEY DEW ASSOCIATES, INC. | ) | C.A. No. 05 – 11709 NMG |
| Plaintiffs and Counterdefendants | ) | |
| | ) | Judge Nathaniel M. Gorton |
| v. | ) | |
| | ) | |
| CARNEIRO DONUTS, INC and | ) | |
| MANUEL M. CARNEIRO | ) | |
| Defendants and Counterclaimants | ) | |
| | ) | |

## DEFENDANTS' PROPOSED VOIR DIRE

The Defendants Carneiro Donuts, Inc. and Manuel M. Carneiro hereby respectfully request that the Court ask the following questions in addition to those questions ordinarily asked by the Court:

1.  Have you, or has any member of your immediate family, household, or any close friend ever been employed by Honey Dew Associates, Inc. or Bowen Investment, Inc.?

2.  Have you ever heard of Honey Dew Donuts, seen any advertising for their products or used their products?  If so, have you formed an opinion about Honey Dew Donuts?

3.  Do you have any personal feelings about Honey Dew Donuts that will make it difficult or you to impartially consider claims against Honey Dew Associates or award fair and adequate damages against Honey Dew Associates or its affiliate Bowen Investment, Inc.?

4.  Have you or a member of your family or a close friend ever been involved in a

    lawsuit involving a claim of corporate fraud?

5.  Have you, or has any member of your immediate family, household, or any

    close friend ever been employed in the franchise industry?

6.  Have you, or has any member of your immediate family, household, or any

    close friend ever been a franchisee.

7.  Have you, or has any member of your immediate family, household, or any

    close friend ever been a franchisor.

Defendants' respectfully reserve the right to update this proposed voir dire, if

necessary and in the interest of justice, any time prior to the commencement of trial.


                                                          Respectfully,
MANUEL M. CARNEIRO
CARNEIRO DONUTS, INC.
By their Attorney,

/s/ Kevin R. McCarthy
Kevin R. McCarthy
(BBO # 640788)
155 Fairoaks Lane
Cohasset, Ma  02025

Date:  January 9, 2006                781-383-0639


## CERTIFICATE OF SERVICE

I, Kevin R. McCarthy, certify that on this date I served a true copy the foregoing DEFENDANTS' PROPOSED VOIR DIRE  to counsel for all other parties by electronic means (CM/ECF) to Jack J. Mikels, counsel for the plaintiff, Jack Mikels and Associates LLP, 1 Batterymarch Park, Suite 309, Quincy, MA 02169.


Date:  January 9, 2006

                                                  /s/ Kevin R. McCarthy
Kevin R. McCarthy