UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C. A. NO. 05-11709 NMG

BOWEN INVESTMENT, INC. and HONEY DEW ASSOCIATES, INC.,
    Plaintiffs,

v.

CARNEIRO DONUTS, INC., and MANUEL M. CARNEIRO,
    Defendants.

## PLAINTIFFS' LIST OF TRIAL EXHIBITS

1. Federal Trademark Certificates of Registration, including:
   (a) 1,238,646
   (b) 2,011,623
   (c) 2,382,230
   (d) 2,384,834
   (e) 2,789,470
   (f) 2,164,133
   (g) 2,437,879

2. Rhode Island Trademark Registrations, including:
   (a) 95-6-9
   (b) 95-6-8
   (c) 981104
   (d) 981103
   (e) 961013
   (f) 970701
   (g) 980711
   (h) 980712

3. Purchase and Sale Agreement December 2003;

4. Carneiro letter to Robert Bowen 1/5/04

5. June 1, 2004 Franchise Documents including:
   (a) Agreement Regarding Transfer;
   (b) Franchise Agreement;
   (c) Addendum to Franchise Agreement;
   (d) Lease;
   (e) Liability Agreement;
   (f) Covenant Not to Compete; and
   (g) Covenant to Protect Trade Secrets and Propriety Information;

1

6. Letter Agreement re: equipment purchase and related invoices – 07/26/04;

7. Letter – Bowen Investment, Inc. to Carneiro – 09/17/04

8. Letter re: DMX music  - 09/23/04;

9. Bowen Investment – Account History;

10. Defendants' Payment Checks;

11. Inspection Report  - 09/14/04;

12. Default Notice – 09/15/04;

13. Inspection Report  - 10/7/04;

14. Letter – Mikels to Carneiro – 10/19/04;

15. Inspection Report  - 01/25/05;

16. Default Notice – 01/27/05;

17. Default Notice 1/27/05;

18. Inspection Report  - 02/16/05;

19. Termination Notice - 02/22/05;

    19a. Carneiro Donuts Inc. Check 1337;

    19b. Carneiro Donuts, Inc. Check #1361;

    19c. Carneiro Donuts, Inc. Check #1364;

20. Default Notice - 02/22/05;

21. Letter - McCarthy to Mikels - 02/28/05;

22. Letter Bowen Investment, Inc. to Carneiro – 2/28/05;

23. Letter - Mikels to McCarthy - 03/04/05;

24. Letter- McCarthy to Mikels 3/8/05;

25. Letter - Mikels to McCarthy - 03/16/05;

26. Cease and Desist Letter - 03/17/05;

27. Letter - McCarthy to Mikels - 03/18/05;

28. Letter - McCarthy to Mikels - 03/22/05;

29. Letter DeGennaro to McCarthy - 04/5/05;

30. Letter- McCarthy to Mikels 4/20/05;

31. Letter McCarthy to Mikels 4/25/05;

32. Letter Mikels to McCarthy 4/27/05;

33. McCarthy Letter to Mikels 5/4/05;

34. Mikels letter to McCarthy 5/4/05;

35. Inspection Report - 5/11/05;

36. Mikels to McCarthy 5/12/05;

37. McCarthy letter to Mikels of May 20, 2005;

38. Mikels letter to McCarthy of 5/24/05;

39. Default Notice - 05/27/05;

40. Termination Notice - 05/27/05;

41. Check # 1535 dated May 3, 2005;

    41a. Letter of Bowen Investment, Inc. to Manuel Carneiro dated December 20, 2004;

    41b. Letter 2/14/05 from Bowen Investment Inc. to Carneiro;

    41c. Letter 2/28/05 from Bowen Investment, Inc. to Carneiro;

    41d. Letter 4/15/05 from Bowen Investment, Inc. to Carneiro;

42. Termination Notice - 06/08/05;

    42a. Carneiro Donuts Inc. Check 1563;

    42b.    Carneiro Donuts, Inc. Check #1568;

    42c.    Carneiro Donuts, Inc. Check #1577;

43. McCarthy Letter to Mikels 6/3/05;

44. Mikels letter to McCarthy 6/14/05;

45. McCarthy Letter to Mikels 7/25/05;

46. Visitation Checklist - 07/27/05;

47. Mikels Letter to McCarthy 8/1/05;

48. Termination Notice – 08/01/05;

49. McCarthy Letter to Mikels 8/2/05;

50. Reinstatement Agreement;

51. Unpaid bank fee charges;

52. Unpaid insurance charges;

53. Unpaid water/sewer bills;

54. Exhibit 23, from the Depositions of Mario Carneiro and Tracy Bothelo; and

55. Inspection Report -  6/4/05 - BY STIPULATION INSPECTION WAS 6/4/0<u>4</u>.

<u>Defense of Counterclaim</u>

56. Offering Circular Receipt Page dated 11/05/03;

57. Offering Circular Receipt Page dated 03/03/04; and

58. Letter 3/7/05 Bowen Investment, Inc. to Manny Carneiro.

    Plaintiff's Counsel will consult with Defendants' counsel regarding portions of documents which may require redaction.

|  |  |
|---|---|
|  | Respectfully submitted,<br>Plaintiffs,<br>Bowen Investment, Inc.<br>Honey Dew Associates, Inc.<br>By their Attorneys, |
| Dated: January 9, 2006 | /s/ Michael A. Wirtz<br>_____<br>Jack J. Mikels - BBO# 345560<br>Michael A. Wirtz BBO# 636587<br>JACK MIKELS & ASSOCIATES, LLP<br>1 Batterymarch Park, Suite 309<br>Quincy, MA  02169-7454<br>Tel:  617.472.5600 |

**CERTIFICATE OF SERVICE**

I, Michael A. Wirtz, hereby certify that on January 9, 2006, a copy of the within document was served via the electronic means available under CM/ECF to counsel for the Defendants, Kevin R. McCarthy, 155 Fairoaks Lane, Cohasset, MA 02025, kemccar68@comcast.net.

/s/ Michael A. Wirtz
_____
Michael A. Wirtz

f.amik.BII/lit/Carniero/Trial/Exhibits3

5