UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C. A. NO. 05-11709 NMG

| | |
|---|---|
| BOWEN INVESTMENT, INC. and HONEY DEW ASSOCIATES, INC., <br>                 Plaintiffs, <br> v. <br> CARNEIRO DONUTS, INC., and MANUEL M. CARNEIRO, <br>                 Defendants. | |

**PLAINTIFFS' PROPOSED JURY QUESTIONNAIRE/VOIR DIRE QUESTIONS**

The Plaintiffs, Bowen Investment, Inc. and Honey Dew Associates, Inc. request that the Court ask the following questions of prospective jurors in this case:

**Knowledge of the Parties**

1. The Plaintiffs in this case are companies named Honey Dew Associates, Inc. and Bowen Investment, Inc. Both companies are involving in franchising Honey Dew Donuts Shops. The President of Honey Dew Associates, Inc. is Richard J. Bowen of Hanover, Massachusetts and the President of Bowen Investment, Inc. is Robert P. Bowen of Providence Rhode Island. Raise your hand if you, any member of your immediate family and/or close friends know or have any connection with the Plaintiffs, Richard J. Bowen or Robert P. Bowen, or Honey Dew Donuts.

2. If you have raised your hand to the previous question, then please identify the individual or entity that you, your family member or close friend knows and/or has a connection with and the circumstances thereof.

3. The Defendants in this case are a company named Carneiro Donuts, Inc., which operated a Honey Dew Donuts Shop in Providence Rhode Island, and its owner, Manuel Carneiro of Central Falls, Rhode Island. Raise your hand if you, any member of your immediate family and/or close friends know or have any connection with the Defendants.

4. If you have raised your hand to the previous question, then please identify the individual or entity that you, your family member or close friend knows and/or has a connection with and the circumstances thereof.

**Knowledge of the Attorneys**

5. The attorneys for the Plaintiffs in this case are Jack J. Mikels of Natick and Michael A. Wirtz of Hyde Park, both with Jack Mikels & Associates, which does business in Quincy, Massachusetts. Raise your hand if you or any members of your immediate family know or have any connection to these attorneys of the firm.

6. The attorney for the Defendants in this case is Kevin R. McCarthy of Cohasset. Raise your hand if you or any members of your immediate family know this attorney.

**Knowledge of Potential Witnesses**

7. The following individual could be called as potential witnesses in this case:
   (a) Francis Wrightington of North Easton, MA; (b) Joseph Garcia of Warwick, RI

Raise your hand if you, any member of your immediate family and/or close friends know or have any connection with any of this witness.

8. If you have raised your hand to the previous question, then please identify the witness that you, your family member or close friend knows and/or has a connection with and the circumstances thereof.

**Experiences with Franchises**

9. Raise your hand if you or any member of your immediate family own or work in a franchise business.

10. If you have raised your hand to the previous question, then please indicate if it was yourself or a family member, and describe the nature of the franchise and the name of the franchise business.

11. Raise your hand if you or any member of your immediate family are or have ever been a franchisee.

12. If you have raised your hand to the previous question, then please indicate if it was yourself or a family member, and describe the nature of the franchise and the name of the franchisor.

13. If you have raised your hand to indicate that your or a family member have been or are a franchisee, then have you or that family member ever been sued, defaulted or terminated by your franchisor or filed suit against your franchisor.

14. If your answer to the previous question is "yes," when did the lawsuit(s), default or termination occur, what are the circumstances of the case(s) and result of the lawsuit(s), default or termination.

**Prior Experience with Courts and Litigation**

15. Raise your hand if you or any member of your immediate family have been sued for a debt.

16. If you have raised your hand to the previous question, then please identify the parties involved in the lawsuit, when the suit was filed and the type of debt that was owed and amount.

17. Raise your hand if you or any member of your immediate family have ever been a defendant in a civil lawsuit.

18. If you have raised your hand to the previous question, then please describe the case or cases in which you were a defendant, and the result of the case.

19. Raise your hand if you have ever had a contract with a company or individual and believed that the company or individual breached or violated the contract.

20. If you have raised your hand to the previous question, then please describe briefly the kind of contract and the circumstances.

21. Raise your hand if you have ever believed that you have lost money because a company or an individual breached or violated a contract with you.

22. If you have raised your hand to the previous question, then please describe briefly the kind of contract and the circumstances.

23. Raise your hand if you have ever been accused of breaching or violating a contract.

24. If you have raised your hand to the previous question, then please describe briefly the kind of contract and the circumstances.

25. Raise your hand if you have ever accused or sued someone for misrepresentation or fraud.

26. If you have raised your hand to the previous question, then please describe briefly the accusations and the circumstances.

27. Raise your hand if you ever served on a jury in a civil lawsuit before.

28. If you have raised your hand to the previous question, then please describe when and where and the kind of case in which you served as a juror.

29. Raise your hand to the following statement that best describes your views:

    - I am proud to do my duty as a citizen and serve on a jury in a civil case.

    - It is inconvenient for me to be on a jury but I am willing to do my civic duty.

    - I am looking forward to the opportunity to be on a jury and help decide a case.

- I think it would be interesting to serve on a jury.

- I have no interest in serving on a jury.

- I am angry about being called for jury duty.

- Being on jury duty seriously disrupts my life and I do not want to be on the jury.

- I have no respect for the courts and no interest in participating in the jury system.

**Relationship with Others**

30. There are several other people or companies whose names may come up in the course of the trial, they include:

    (a) Tracy Bothelo;
    (b) Mario Carniero, C.P.A.;
    (c) Virginia Carneiro;
    (d) Joseph Garcia a/k/a Jose Garcia;
    (e) DMX Music, Inc.;
    (f) AA Thrifty Sign and Awning;
    (g) Rhode Island Restaurant and Equipment Services;
    (h) Donal W. Smith a/k/a Bill Smith;
    (i) Richard J. Balasco; and

Raise your hand if you, any member of your immediate family and/or close friends know or have any relationships with any of these people or companies.

31. If you have raised your hand to the previous question, then please identify the witness that you, your family member or close friend knows and/or has a connection with and the circumstances thereof.

**General Background**

32. Raise your hand if you have graduated from high school.

33. If you have raised your hand to the previous question, then give the name of the high school and the city or town and state where it is located.

34. Raise your hand if you attended and/or graduated from college.

35. If you have raised your hand to the previous question, then please give the name of the college and any degrees you obtained, and the subject or subjects in which you majored at college.

36. Raise your hand if you attended any post-graduate programs or obtained any post-graduate degrees after college.

37. If you have raised your hand to the previous question, then please give the names of the schools and the areas of study, and any degrees obtained.

                                      Respectfully submitted,

                                      Plaintiffs,
                                      Bowen Investment, Inc.
                                      Honey Dew Associates, Inc.
                                      By their Attorneys,

Dated: January 9, 2006                /s/ Michael A. Wirtz
                                      _____
                                      Jack J. Mikels - BBO# 345560
                                      Michael A. Wirtz BBO# 636587
                                      JACK MIKELS & ASSOCIATES, LLP
                                      1 Batterymarch Park, Suite 309
                                      Quincy, MA  02169-7454
                                      Tel:  617.472.5600

## CERTIFICATE OF SERVICE

     I, Michael A. Wirtz, hereby certify that on January 9, 2006, a copy of the within document was served via the electronic means available under CM/ECF to counsel for the Defendants, Kevin R. McCarthy, 155 Fairoaks Lane, Cohasset, MA 02025, kemccar68@comcast.net.

                                      /s/ Michael A. Wirtz
                                      _____
                                      Michael A. Wirtz

f.amik.BII/lit/Carniero/Voir dire