UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C. A. NO. 05-11709 NMG

BOWEN INVESTMENT, INC. and HONEY
DEW ASSOCIATES, INC.,
              Plaintiffs,

v.

CARNEIRO DONUTS, INC., and MANUEL
M. CARNEIRO,
              Defendants.

**PLAINTIFFS' LIST OF TRIAL WITNESSES**

The Plaintiffs, Bowen Investment, Inc. and Honey Dew Associates, Inc. may call the following trial witnesses for its affirmative case and/or in defense to the Counterclaims[1]:

1) Robert P. Bowen, President, Bowen Investment, Inc., 1215 Reservoir Avenue, Cranston, RI;

2) Richard J. Bowen, President, Honey Dew Associates, Inc., 2 Taunton Street, Plainville, MA;

3) Frank Wrightington, independent contractor, 3 Daniel Drive, North Easton, MA, tel: 508-238-6209; and

4) Manuel M. Carneiro, 564 Hunt Street, Central Falls, RI.

5) Joe Garcia, 1766 Warwick Ave., Warwick, RI, tel: 401-732-4403.

---

[1] This list is exclusive of rebuttal witnesses.

                                                                 Respectfully submitted,

                                                                 Plaintiffs,
Bowen Investment, Inc.
Honey Dew Associates, Inc.
By their Attorneys,

Dated: January 9, 2006                  /s/ Michael A. Wirtz

                                              Jack J. Mikels - BBO# 345560
Michael A. Wirtz BBO# 636587
JACK MIKELS & ASSOCIATES, LLP
1 Batterymarch Park, Suite 309
Quincy, MA  02169-7454
Tel:  617.472.5600

## CERTIFICATE OF SERVICE

    I, Michael A. Wirtz, hereby certify that on January 9, 2006, a copy of the within document was served via the electronic means available under CM/ECF to counsel for the Defendants, Kevin R. McCarthy, 155 Fairoaks Lane, Cohasset, MA 02025, kemccar68@comcast.net.

                                              /s/ Michael A. Wirtz

                                              Michael A. Wirtz

f.amik.BII/lit/Carniero/Trial/Witness