UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C. A. NO. 05-11709 NMG

BOWEN INVESTMENT, INC. and HONEY
DEW ASSOCIATES, INC.,
                        Plaintiffs,

v.

CARNEIRO DONUTS, INC., and MANUEL
M. CARNEIRO,
                        Defendants.

## PLAINTIFFS' PROPOSED JURY VERDICT FORM

Plaintiffs, Honey Dew Associates, Inc. and Bowen Investment, Inc. propose the following

special verdict questions to the jury.

                                    Respectfully submitted,

                                    Plaintiffs,
                                    Bowen Investment, Inc.
                                    Honey Dew Associates, Inc.
                                    By their Attorneys,

Dated: January 9, 2006              /s/ Michael A. Wirtz
                                    _____
                                    Jack J. Mikels - BBO# 345560
                                    Michael A. Wirtz BBO# 636587
                                    JACK MIKELS & ASSOCIATES, LLP
                                    1 Batterymarch Park, Suite 309
                                    Quincy, MA  02169-7454
                                    Tel:  617.472.5600

f.amik.BII/lit/Carniero/Trial/Verdict

1a.  Did Carneiro Donuts, Inc. breach the Franchise Agreement dated

June 1, 2004?

    Yes  _____                              No_____

1b.  Did Bowen Investment, Inc. terminate the Franchise Agreement

dated June 1, 2004, in accordance with the terms of the Franchise

Agreement?

    Yes      _____                              No_____

    If so, please insert the date on which the Franchise Agreement was

terminated by Bowen Investment, Inc. _____and state the

amount of contractual damages owed by Defendants to Bowen

Investment, Inc.: $_____.

2.     At any time, did Carneiro Donuts, Inc. continue to use the

trademarks and system of Honey Dew Donuts after termination?

        If so, state the amount of damages owed by Defendants for

trademark infringement: $_____.

3a.   Did Carneiro Donuts, Inc. suffer damages as a result of fraud or

deceit by Bowen Investment, Inc. (false statement of material fact,

knowingly or recklessly false by Bowen Investment, Inc. reasonably

relied on by Carneiro Donuts, Inc. and causing Carneiro Donuts, Inc.

to the detriment of Carneiro Donuts, Inc.)?

Yes     _____                          No_____

3b.   Did Carneiro Donuts, Inc. suffer damages as a result of any breach

of contract by Bowen Investment, Inc.?

Yes     _____                          No_____

3c.   Did Carneiro Donuts, Inc. suffer damages as a result of any

violation of any covenant of good faith and fair dealing by Bowen

Investment, Inc.?

Yes     _____                          No_____

3d.  Did Carneiro Donuts, Inc. suffer any damages as a result of any

unfair or deceptive conduct in violation of Chapter 93A, the

Massachusetts Consumer Protection and Unfair Trade Practices Act

by Bowen Investment, Inc.?

Yes     _____                          No_____

3e.  Did Carneiro Donuts, Inc. suffer any damages as a result of any

violation by Bowen Investment, Inc. of R.I. Stat. _____?

    Yes      _____                        No_____

3f.  Did Carneiro Donuts, Inc. suffer any damages as a result of any

violation by Honey Dew Associates, Inc. of R.I. Stat. _____?

    Yes      _____                        No_____

    If you have answered "NO" to each Question Nos. 3a-3f  then you

may <u>STOP</u>.  If you have answered "Yes" to any of Question Nos. 3a-3f,

what is the total amount of compensation owed to Carniero Donuts, Inc.

for damages: $ _____ from Bowen Investment, Inc.

        $_____ from Honey Dew Associates, Inc.

        $_____ Total Damages Incurred

f.amik.BII/lit/Carniero/Trial/Verdict

3

## <u>CERTIFICATE OF SERVICE</u>

I, Michael A. Wirtz, hereby certify that on January 9, 2006, a copy of the within

document was served via the electronic means available under CM/ECF to counsel for the

Defendants, Kevin R. McCarthy, 155 Fairoaks Lane, Cohasset, MA 02025,

kemccar68@comcast.net.

/s/ Michael A. Wirtz

Michael A. Wirtz