UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C. A. NO. 05-11709 NMG

BOWEN INVESTMENT, INC. and HONEY DEW ASSOCIATES, INC.,
          Plaintiffs,

v.

CARNEIRO DONUTS, INC., and MANUEL M. CARNEIRO,
          Defendants.

## PLAINTIFFS' PROPOSED JURY VERDICT FORM

Plaintiffs, Honey Dew Associates, Inc. and Bowen Investment, Inc. propose the following special verdict questions to the jury.

          Respectfully submitted,

          Plaintiffs,
          Bowen Investment, Inc.
          Honey Dew Associates, Inc.
          By their Attorneys,

Dated: January 9, 2006        /s/ Michael A. Wirtz
          _____
          Jack J. Mikels - BBO# 345560
          Michael A. Wirtz BBO# 636587
          JACK MIKELS & ASSOCIATES, LLP
          1 Batterymarch Park, Suite 309
          Quincy, MA  02169-7454
          Tel:  617.472.5600

f.amik.BII/lit/Carniero/Trial/Verdict

1a. Did Carneiro Donuts, Inc. breach the Franchise Agreement dated June 1, 2004?

   Yes  _____                         No_____

1b. Did Bowen Investment, Inc. terminate the Franchise Agreement dated June 1, 2004, in accordance with the terms of the Franchise Agreement?

   Yes  _____                         No_____

   If so, please insert the date on which the Franchise Agreement was terminated by Bowen Investment, Inc. _____and state the amount of contractual damages owed by Defendants to Bowen Investment, Inc.: $_____.

2. At any time, did Carneiro Donuts, Inc. continue to use the trademarks and system of Honey Dew Donuts after termination?

   If so, state the amount of damages owed by Defendants for trademark infringement: $_____.

3a. Did Carneiro Donuts, Inc. suffer damages as a result of fraud or deceit by Bowen Investment, Inc. (false statement of material fact, knowingly or recklessly false by Bowen Investment, Inc. reasonably relied on by Carneiro Donuts, Inc. and causing Carneiro Donuts, Inc. to the detriment of Carneiro Donuts, Inc.)?

Yes   _____                              No_____

3b. Did Carneiro Donuts, Inc. suffer damages as a result of any breach of contract by Bowen Investment, Inc.?

Yes   _____                              No_____

3c. Did Carneiro Donuts, Inc. suffer damages as a result of any violation of any covenant of good faith and fair dealing by Bowen Investment, Inc.?

Yes   _____                              No_____

3d. Did Carneiro Donuts, Inc. suffer any damages as a result of any unfair or deceptive conduct in violation of <u>Chapter 93A</u>, the Massachusetts Consumer Protection and Unfair Trade Practices Act by Bowen Investment, Inc.?

Yes   _____                              No_____

3e.  Did Carneiro Donuts, Inc. suffer any damages as a result of any violation by Bowen Investment, Inc. of R.I. Stat. _____?

   Yes     _____                              No_____

3f.  Did Carneiro Donuts, Inc. suffer any damages as a result of any violation by Honey Dew Associates, Inc. of R.I. Stat. _____?

   Yes     _____                              No_____

   If you have answered "NO" to each Question Nos. 3a-3f then you may <u>STOP</u>.  If you have answered "Yes" to any of Question Nos. 3a-3f, what is the total amount of compensation owed to Carniero Donuts, Inc. for damages: $ _____ from Bowen Investment, Inc.

   $_____ from Honey Dew Associates, Inc.

   $_____ Total Damages Incurred

f.amik.BII/lit/Carniero/Trial/Verdict

3

## **CERTIFICATE OF SERVICE**

    I, Michael A. Wirtz, hereby certify that on January 9, 2006, a copy of the within document was served via the electronic means available under CM/ECF to counsel for the Defendants, Kevin R. McCarthy, 155 Fairoaks Lane, Cohasset, MA 02025, kemccar68@comcast.net.

                                                        /s/ Michael A. Wirtz

                                                        Michael A. Wirtz