UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C. A. NO. 05-11709 NMG

| |
|---|
| BOWEN INVESTMENT, INC. and HONEY DEW ASSOCIATES, INC., <br>             Plaintiffs, <br> v. <br> CARNEIRO DONUTS, INC., and MANUEL M. CARNEIRO, <br>             Defendants. |

## PLAINTIFFS' OBJECTION TO DEFENDANTS' PROPOSED VOIR DIRE NO. 3

The Plaintiffs object to the Defendants' proposed voir dire no. 3 as it will predispose the jury to the idea that damages are to be awarded against the Plaintiffs. Furthermore, the question also mischaracterizes the legal relationship of the Plaintiffs as "affiliates". Defendants' proposed voir dire no. 3 states as follows:

> Do you have any personal feelings about Honey Dew Donuts that will make it difficult or you to impartially consider claims against Honey Dew Associates or award fair and adequate damages against Honey Dew Associates or its affiliate Bowen Investment, Inc.

The inquiry is improperly phased and does not properly identify the relationship of the Plaintiffs. Given the obvious prejudicial effect of the question, it should not be included as part of the voir dire.

 

                                              Respectfully submitted,
                                              Plaintiffs,
                                              Bowen Investment, Inc.
                                              Honey Dew Associates, Inc.
                                              By their Attorneys,

Dated: January 11, 2006             /s/ Michael A. Wirtz
                                              _____
                                              Jack J. Mikels - BBO# 345560
                                              Michael A. Wirtz BBO# 636587
                                              JACK MIKELS & ASSOCIATES, LLP
                                              1 Batterymarch Park, Suite 309
                                              Quincy, MA  02169-7454
                                              Tel:  617.472.5600

## **CERTIFICATE OF SERVICE**

    I, Michael A. Wirtz, hereby certify that on January 11, 2006, a copy of the within document was served via the electronic means available under CM/ECF to counsel for the Defendants, Kevin R. McCarthy, 155 Fairoaks Lane, Cohasset, MA 02025, kemccar68@comcast.net.

                                                      /s/ Michael A. Wirtz
                                                      _____
                                                      Michael A. Wirtz

f.amik.BII/lit/Carniero/Trial/Object Exhibits