UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| BOWEN INVESTMENT, INC. <br> HONEY DEW ASSOCIATES, INC. <br> Plaintiffs and Counterdefendants <br><br> v. <br><br> CARNEIRO DONUTS, INC and <br> MANUEL M. CARNEIRO <br> Defendants and Counterclaimants | ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 05 – 11709 NMG <br><br> Judge Nathaniel M. Gorton |

# DEFENDANTS' OBJECTIONS TO PLAINTIFFS' EXHIBIT LIST

The Defendants object to the Plaintiffs' proposed exhibits as follows:

**1. Exhibit 1 - Federal Trademark Certificates of Registration, a-g.**

Defendants' reserve the right to object until they have received a copy of these certificates to review.

**2. Exhibit 2 - Rhode Island Trademark Registrations, a-h.**

Defendants' reserve the right to object until they have received a copy of these certificates to review.

**3. Exhibit 9 - Bowen Investment account history.**

This is vague and unidentified and Defendants reserve their right to object until they review this "account history".

**4. Exhibits 51-53.**

All vague references to unpaid charges and bills to which Defendants object until they have a chance to review these specific items.

**5. Exhibit 23, from the Depositions of Mario Carneiro and Tracy Botelho.**

These are copies of past legal bills from the Defendants' trial attorney (Attorney Kevin R. McCarthy) to the defendant Manuel Carneiro. They date from 8/1/2003 until July 1, 2004. The Plaintiffs' attorney was granted expedited access to the files of Mario Carneiro, CPA, who is the accountant for the Defendants', on or about October 10, 2004. The Defendants did not object to this expedited access in order to facilitate discovery – which had been shortened and accelerated by Court Order. During this document discovery review the Plaintiffs' attorney observed and asked for copies of several hundred documents – some of which apparently were Attorney McCarthy's past legal bills to Mr. Carneiro. Plaintiffs' attorney apparently now plans to show these bills to the jury.

The Defendants' object to the showing, reference or use of their Attorney McCarthy's past legal bills during the upcoming jury trial. These bills are **irrelevant** to the Plaintiff's contract and trademark claims. The Defendants also ask the Court to Order the Plaintiff's to return these copies of Attorney McCarthy's past legal bills to the Defendants.

WHEREFORE, for all of the above reasons, the Defendants request that their objections and reservations regarding the Plaintiffs' Exhibit List be sustained.

                    Respectfully,
                    MANUEL M. CARNEIRO
                    CARNEIRO DOUNTS, INC.
                    By their Attorney,

                    /s/ Kevin R. McCarthy
                    Kevin R. McCarthy
                    (BBO # 640788)
                    155 Fairoaks Lane
                    Cohasset, Ma  02025

Date:   January 12, 2006            781-383-0639

## CERTIFICATE OF SERVICE

I, Kevin R. McCarthy, certify that on this date I served a true copy the foregoing DEFENDANTS' OBJECTIONS TO PLAINTIFFS' EXHIBIT LIST  to counsel for all other parties by electronic means (CM/ECF) to Jack J. Mikels, counsel for the plaintiff, Jack Mikels and Associates LLP, 1 Batterymarch Park, Suite 309, Quincy, MA 02169.

Date:  January 12, 2006

                    /s/ Kevin R. McCarthy
                    Kevin R. McCarthy