UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO.  05-11709-NMG

BOWEN INVESTMENT, INC. and
HONEY DEW ASSOCIATES, INC.,
                              Plaintiffs,
v.

CARNEIRO DONUTS, INC. and
MANUEL M. CARNEIRO,
                                   Defendants.

## RESPONSE TO DEFENDANTS' OBJECTIONS TO PLAINTIFFS' EXHIBIT LIST WITH STATEMENT IN SUPPORT THEREOF

Defendants' Objections to Plaintiffs' trial exhibits should be overruled and/or stricken as the Defendants have already agreed to all of the Plaintiffs' Exhibits.  See Defendants' Exhibit List No. 43 ("*All documents and exhibits listed on Plaintiff's Exhibit List.*")  Furthermore, the objections are untimely. [1]

WHEREFORE, for all of the foregoing reasons the Defendants' Plaintiffs request that this motion be allowed.

BOWEN INVESTMENT, INC.
HONEY DEW ASSOCIATES, INC.,
By their Attorneys,

Date: January 13, 2005              /s/ Michael A. Wirtz
                              _____
                              Jack J. Mikels, BBO# 345560
                              Michael A. Wirtz, BBO# 636587
                              Janell E. De Gennaro, BBO #656306
                              JACK MIKELS & ASSOCIATES, LLP
                              1 Batterymarch Park, Suite 309
                              Quincy, MA  02169-7454
                              Tel:  617.472.5600

F:aa-mik\BII\Lit\Carneiro\Plead\Resp.Obj

_____

[1] Per the Order of January 5, 2006, objections were due January 11, 2006.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO.  05-11709-NMG

BOWEN INVESTMENT, INC. and
HONEY DEW ASSOCIATES, INC.,
                    Plaintiffs,
v.

CARNEIRO DONUTS, INC. and
MANUEL M. CARNEIRO,
                        Defendants.

CERTIFICATE OF SERVICE

I, Michael A. Wirtz, hereby certify that a true and complete copy of the Plaintiffs' Motion to Strike Defendants' Objections to Plaintiffs' Exhibit List was served this day via electronic means available under CM/ECF to counsel for the Defendants, Kevin R. McCarthy, 155 Fairoaks Lane, Cohasset, MA 02025, kemccar68@comcast.net.

Signed under the pains and penalties of perjury this 13th  day of January, 2006.

/s/ Michael A. Wirtz
_____
Michael A. Wirtz

F:aa-mik\BII\Lit\Carneiro\Plead\Resp Obj