CIVIL/CRIMINAL CASE NO: __05-11709-NMG__

TITLE: __Bowen Investment__ VS. __Caneiro Donuts__

## JURY PANEL

01. Arthur Mitton
02. Kyle MacBeth
03. Robert Benedetti
04. Terrence ODay
05. Carol Hildenbrand
06. Rita Dinsmore
07. Janice Hesnan
08. Douglas Furrh
09. Thomas Aiello
10. Sheila Sullivan
11.
12.

ALT. #1
ALT. #2
ALT. #3
ALT. #4

## WITNESSES

**PLAINTIFF/GOVT.**

01. Robert Bowen
02. Francis Wrightington
03. Richard Bowen
04. Mario Caneiro
05. Manuel Caneiro
06. Joseph Garcia   (Out of order)
07. Manuel Caneiro
08.
09.
10.
11.
12.
13.
14.

**DEFENDANT**

01.
02.
03.
04.
05.
06.
07.
08.
09.
10.
11.
12.
13.
14.

(jury&wit.lst - 09/92)