AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

| Bowen Investment, Inc., et al., | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| Caneiro Donuts, Inc., et al., | Case Number: 05-11709-NMG |

| PRESIDING JUDGE<br>Nathaniel M. Gorton | PLAINTIFF'S ATTORNEY<br>Mikels, Wirtz | DEFENDANT'S ATTORNEY<br>McCarthy |
|---|---|---|
| TRIAL DATE (S)<br>1-17-06— | COURT REPORTER<br>Dahlstrom | COURTROOM DEPUTY<br>Nicewicz |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1-60 | | 1/17/06 | x | x | Stipulated exhibit binder 1-59 and 60 - 2003 Circular |
| | 61 | | x | x | 7/3/01 Complaint |
| | 62 | | x | x | Application for Honey Dew franchise from Caneiro 10/1/03 |
| | 63 | | x | x | 2004 Circular |
| | 64 | | x | x | Complaint - Cohen v. Honeydew |
| | 65 | | x | x | Complaint- Honeydew v. Yazbek |
| 66.85 | | 1/19/06 | x | x | Stipulated exhibits (72 omitted) |
| | 24a | | x | x | check 1   $194.38 check no. 582 |
| | | | x | x | check 2   $217.47 check no. 583 |
| 86 | | | x | x | redacted affidavit |
| 87 | | | x | x | corporate records |
| A | | | x | | 7 invoices |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages