Do I need an original Verdict form. From Court

We have Reached a Verdict,

*[signature]* 1/20/06

United States District Court
District of Massachusetts

```
_____
                               )
BOWEN INVESTMENT, INC. and     )
HONEY DEW ASSOCIATES, INC.,    )
                               )
        Plaintiffs,            )   Civil Action No.
                               )   05-11709-NMG
        v.                     )
                               )
CARNEIRO DONUTS, INC. and      )
MANUEL M. CARNEIRO,            )
                               )
        Defendants.            )
_____)
```

**Verdict Form**

1. Did the defendant, Carneiro Donuts, Inc., breach the Franchise Agreement dated June 1, 2004 ("the Franchise Agreement")?

    Yes __X__    No _____

**[If you answer Question 1 "Yes", proceed to Question 2. If you answer Question 1 "No", proceed to Question 3.]**

2. Did plaintiff, Bowen Investment, Inc., terminate the Franchise Agreement dated June 1, 2004 in accordance with the terms of the Franchise Agreement?

    Yes __X__    No _____

3. Did plaintiff, Bowen Investment, Inc., breach the Franchise Agreement with the defendant, Carneiro Donuts, Inc.?

    Yes _____    No __X__

-1-

4. Did plaintiff, Bowen Investment, Inc., breach the covenant of good faith and fair dealing with the defendant, Carneiro Donuts, Inc.?

   Yes _____   No __X__

[If you answer Question 2 "Yes" and Questions 3 and 4 "No", proceed to Question 5. If you answer Question 2 "No" and either Question 3 or Question 4 "Yes", proceed to Question 6. Otherwise, proceed to Question 7. (Please note that if you answer Question 5, you are not to answer Question 6 and if you answer Question 6, you are not to answer Question 5.)]

5. Please state the amount of damages, if any, that you award to the plaintiff, Bowen Investment, Inc., to compensate it for defendant's breach of contract.

   *Eleven Thousand nine hundred* (words) *forty four and 26/100*

   $ *11,944.26* (numbers)

6. Please state the amount of damages, if any, that you award to defendant, Carneiro Donuts, Inc., to compensate it for plaintiff's breach of contract and/or breach of the covenant of good faith and fair dealing.

   _____ (words)

   $ _____ (numbers)

7. At any time after termination of the franchise agreement, did the defendants, Carneiro Donuts, Inc. and Manuel M. Carneiro, continue to use the trademarks of Honey Dew Associates, Inc.?

   Yes __X__   No _____

[If you answer Question 7 "Yes", proceed to Question 8. If you answer Question 7 "No", proceed to Question 9.]

8.  Please state the amount of damages, if any, that you award to the plaintiffs, Bowen Investment, Inc. and Honey Dew Associates, Inc., to compensate them for defendants' trademark infringement.

    __One dollar__ (words)

    $ __1.00__ (numbers)

9.  Did plaintiff, Bowen Investment, Inc., make fraudulent misrepresentations to the defendants, Carneiro Donuts, Inc. and Manuel M. Carneiro?

    Yes _____   No ✓

10. Did plaintiff, Bowen Investment, Inc., fraudulently conceal material facts to the defendants, Carneiro Donuts, Inc. and Manuel M. Carneiro?

    Yes _____   No ✓

11. Did plaintiff, Bowen Investment, Inc., violate the Rhode Island Franchise Investment Act?

    Yes _____   No ✓

[If you answer Question 9, Question 10 or Question 11 "Yes", proceed to Question 12. If you answer Questions 9, 10 and 11 "No", proceed to Question 13.]

-3-

12. Please state the amount of damages that you award to defendants, Carneiro Donuts, Inc. and Manuel M. Carneiro, to compensate them for the fraudulent misrepresentation(s), fraudulent concealment(s) and/or violation(s) of the Rhode Island Franchise Investment Act by the plaintiff, Bowen Investment, Inc., understanding that if you have already awarded damages to the defendants in response to Question 6, above, you are not to award duplicative damages here but only such damages, if any, as are not already included in that award.

_____ (words)

$ _____ (numbers)

13. Did plaintiff, Honey Dew Associates, Inc., violate the Rhode Island Franchise Investment Act?

   Yes _____   No ✓

**[If you answer Question 13 "Yes", proceed to Question 14. If you answer Question 13 "No", your deliberations are complete.]**

14. Please state the amount of damages, if any, that you award to defendants, Carneiro Donuts, Inc. and Manuel M. Carneiro, to compensate them for violations of the Rhode Island Franchise Investment Act by Honey Dew Associates, Inc.

_____ (words)

$ _____ (numbers)

YOUR DELIBERATIONS ARE COMPLETE. THE FOREPERSON WILL SIGN THE VERDICT FORM AND NOTIFY THE MARSHAL IN WRITING.

Dated: 1/20/06           Jury Foreperson: [signature]

-4-