UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 05-11709-NMG

BOWEN INVESTMENT, INC. and
HONEY DEW ASSOCIATES, INC.,
          Plaintiffs,
v.

CARNEIRO DONUTS, INC. and
MANUEL M. CARNEIRO,
          Defendants.

## MOTION OF BOWEN INVESTMENT, INC. FOR AWARD OF COUNSEL FEES

Now comes the Plaintiffs, Bowen Investment, Inc., and moves for an award of counsel fees per the Franchise Agreement. In support of this Motion, the Plaintiff submits a Memorandum. The Plaintiffs requests that, following disposition of the remaining issues of the case, that the Court determine that Bowen Investment, Inc. is entitled to counsel fees and establish a procedure, either by submission of Affidavits or an evidentiary hearing, for the assessment of such fees.[1]

                              BOWEN INVESTMENT, INC.
                              By their Attorneys,

Date: January 27, 2006       /s/ Michael A. Wirtz
                              _____
                              Jack J. Mikels, BBO# 345560
                              Michael A. Wirtz, BBO# 636587
                              JACK MIKELS & ASSOCIATES, LLP
                              1 Batterymarch Park, Suite 309
                              Quincy, MA  02169-7454
                              Tel:  617.472.5600

Carneiro;trial;Motion Atty

---

[1] The Defendants claim pursuant to Mass. G.L. c. 93A remains undecided by the Court. The Plaintiffs request that the disposition of counsel fees be delayed until disposition of the remaining issue of the case and that, to the extent BII or both parties are entitled to pursue a claim for fees, that the identical procedure be utilized and that the timing of the fee applications, objections and hearings coincide.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO.  05-11709-NMG

BOWEN INVESTMENT, INC. and
HONEY DEW ASSOCIATES, INC.,
         Plaintiffs,

v.

CARNEIRO DONUTS, INC. and
MANUEL M. CARNEIRO,
         Defendants.

CERTIFICATE OF SERVICE

      I, Michael A. Wirtz, hereby certify that a true and complete copy of Motion of Bowen Investment, Inc. for Award of Counsel Fees and Memorandum in Support of Motion of Bowen Investment, Inc. for Award of Counsel Fees was served this day via electronic means available under CM/ECF to counsel for the Defendants, Kevin R. McCarthy, 155 Fairoaks Lane, Cohasset, MA 02025, kemccar68@comcast.net.

      Signed under the pains and penalties of perjury this 27th day of January, 2006.

/s/ Michael A. Wirtz

_____

Michael A. Wirtz

BII\Lit\Carneiro\Plead\SJ\CertServ.