United States District Court
District of Massachusetts

```
_____
                               )
BOWEN INVESTMENT, INC. and     )
HONEY DEW ASSOCIATES, INC.,    )
                               )
        Plaintiffs,            )   Civil Action No.
                               )   05-11709-NMG
     v.                        )
                               )
CARNEIRO DONUTS, INC. and      )
MANUEL M. CARNEIRO,            )
                               )
        Defendants.            )
_____)
```

**ORDER**

**GORTON, J.**

Pursuant to the preliminary injunction entered by this Court on October 7, 2005, and after a trial in which the jury returned a verdict in favor of the plaintiffs on one court for breach of contract and one count for trademark infringement on January 20, 2006, the Court enters the following permanent injunction and order for relief:

(1) Defendants are permanently enjoined from using or displaying any of the Plaintiffs' trademarks, trade names, service marks, logos, symbols and trade dress, or any other marks, trade names or trade dress that are a colorable imitation of or otherwise likely to be mistaken for or confused with or dilute the distinctiveness of Plaintiffs' trademarks, service marks and trade dress, in connection with the advertising,

distribution, display or sale of any product or service;

(2) Defendants are permanently enjoined from representing themselves as being in any way associated with the Honey Dew® franchise system or making any statement or representation, or performing any act, likely to lead the public to believe that Defendants are in any manner, directly or indirectly, associated, affiliated or connected with, or licensed, sponsored, authorized or approved by, the Plaintiffs;

(3) Defendants are permanently enjoined from using, selling, lending, distributing, licensing, giving, transferring, assigning, showing, disclosing, disseminating, reproducing, copying, misappropriating or otherwise communicating any portion of the Honey Dew Operational Excellence Procedures Manual or any other trade secrets or confidential information provided to Defendant by Plaintiffs and are hereby ordered to return to counsel for Bowen Investment, Inc. all copies of the Operational Excellence Procedures Manual and all other confidential documents provided to them or to anyone on their behalf, that are in their possession, custody or control;

(4) Defendants are permanently enjoined from occupying and/or operating a business upon the site of the Honey Dew Donuts® Shop at 460 Allens Avenue, Providence, Rhode Island ("the Premises");

(5) Defendants are ordered to tender possession of the

Premises peaceably and the Premises are to be forthwith returned to the exclusive possession of Bowen Investment, Inc.; and

(6) within seven (7) days of the date of this Order, the Defendants shall be afforded reasonable access to, and shall remove all of their property and equipment from, the Premises without causing damage to the Premises.  To the extent that property or equipment is affixed to the Premises, no item may be removed unless Defendants repair any damage to the Premises and, if connected by electrical wires or plumbing, such items shall be removed only with the assistance of licensed and insured electricians and plumbers.  Any equipment or property not so removed within the allotted time for removal (so long as reasonable access is afforded per this Order) shall be deemed abandoned to Bowen Investment, Inc.

**So ordered.**

  /s/ Nathaniel M. Gorton  
Nathaniel M. Gorton  
United States District Judge

Dated February 3, 2006