UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 05-11709-NMG

BOWEN INVESTMENT, INC. and
HONEY DEW ASSOCIATES, INC.,
          Plaintiffs,
v.

CARNEIRO DONUTS, INC. and
MANUEL M. CARNEIRO,
          Defendants.

### PLAINTIFFS' MOTION FOR LEAVE TO FILE A THREE PARAGRAPH REPLY TO THE DEFENDANTS' REQUEST FOR CONTRACT RESCISSION

      Pursuant to LR 71.1(B)(3), the Plaintiffs hereby seek leave of court to file a three paragraph reply and/or opposition to the <u>Defendants' Request for Contract Rescission Pursuant to F.R.Civ.P.60 (b) and F.R.Civ.P.59(e)</u> (the "Defendants' Request") which has been submitted as part of the Defendant's Opposition to Bowen Investment, Inc.'s Motion for Counsel Fees (<u>Docket No. 78</u>) (the "Motion"). Defendants' Request is wholly beyond the scope of the Motion, was not filed in the ordinary course permitted under the Rules of Civil Procedure and seeks an order from the Court against the Plaintiffs. Therefore, a reply and opposition is warranted. Plaintiffs' response and/or opposition is filed herewith.

      WHEREFORE, the Plaintiffs request that this motion be allowed, that leave be granted and that the Court accept and docket the <u>Plaintiffs' Reply and/or Opposition to Defendants' Request for Contract Rescission Pursuant to F.R.Civ.P. 60(b) and F.R.Civ.P. 59(e)</u>.

<u>Certificate of Compliance with Local Rule 7.1(A)(2)</u>

I, Michael A. Wirtz, counsel for the Plaintiffs, hereby certifies that on February 13, 2006, I attempted in good faith to confer with Kevin R. McCarthy, counsel for the Defendants to resolve and/or narrow the issue relating to the instant motion for leave.

|  |  |
|---|---|
|  | BOWEN INVESTMENT, INC.<br>HONEY DEW ASSOCIATES, INC.,<br>By their Attorneys, |
| Date: February 13, 2006 | /s/ Michael A. Wirtz<br>_____<br>Jack J. Mikels, BBO# 345560<br>Michael A. Wirtz, BBO# 636587<br>Janell E. De Gennaro, BBO #656306<br>JACK MIKELS & ASSOCIATES, LLP<br>1 Batterymarch Park, Suite 309<br>Quincy, MA  02169-7454<br>Tel:  617.472.5600 |

F:aa-mik\BII\Lit\Carneiro\Plead\MoforReply2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 05-11709-NMG

BOWEN INVESTMENT, INC. and
HONEY DEW ASSOCIATES, INC.,
    Plaintiffs,

v.

CARNEIRO DONUTS, INC. and
MANUEL M. CARNEIRO,
    Defendants.

CERTIFICATE OF SERVICE

I, Michael A. Wirtz, hereby certify that a true and complete copy of the Plaintiffs' Motion for Leave to File a Reply to the Defndants' Request for Contract Rescission Pursuant to F.R.Civ.P.60 (b) and F.R.Civ.P.59(e) was served this day via electronic means available under CM/ECF to counsel for the Defendants, Kevin R. McCarthy, 155 Fairoaks Lane, Cohasset, MA 02025, kemccar68@comcast.net.

Signed under the pains and penalties of perjury this 13th day of February, 2006.

/s/ Michael A. Wirtz
_____
Michael A. Wirtz

F:aa-mik\BII\Lit\Carneiro\Plead\MoforReply