UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Bowen Investment, et al.,
                Plaintiff(s)

v.                            CIVIL ACTION NO. 05-11709-NMG

Carneiro Donuts,
                Defendant(s)

## JUDGMENT IN A CIVIL CASE

Gorton, D.J.

[X] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment for the plaintiff. Damages in the amount of $11, 944.26 for breach of contract, and one dollar for trademark infringement.

Sarah A. Thornton, CLERK

Dated: 2/22/06

/s/ Craig J. Nicewicz
( By ) Deputy Clerk

NOTE: The post judgment interest rate effective this date is 4.67 %.

(judgciv.frm - 10/96)           [jgm.]