UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C. A. NO. 05-11709 NMG

BOWEN INVESTMENT, INC. and HONEY DEW ASSOCIATES, INC.,
           Plaintiffs,

v.

CARNEIRO DONUTS, INC., and MANUEL M. CARNEIRO,
           Defendants.

**PLAINTIFFS' MOTION TO CORRECT JUDGMENT**

Now come the plaintiffs, Honey Dew Associates, Inc. and Bowen Investment, Inc. (the "Plaintiffs") and hereby move pursuant to Fed.R..Civ.P. 60(a) for a correction of the Judgment dated February 22, 2006, that reflects Judgment against the Defendants, Carneiro Donuts, Inc. and Manuel M. Carneiro, jointly and severally. It appears that by oversight and omission, Judgment erroneously includes Carneiro Donuts only. See Docket, Document 81.

In further support therefore, the Plaintiffs state that prior to trial, the parties and the Court agreed that to prevent confusion for the jury, the special verdict questions would be phrased as to the corporate defendant only, and that Judgment would be entered jointly and severally against the Defendants. As it appears that Judgment was inadvertently entered against Carneiro Donuts only, relief should be granted to make the appropriate correction.

WHEREFOR, the Plaintiffs request that this motion be granted and that the Judgment be entered against the Defendants, Carneiro Donuts, Inc. and Manuel M. Carneiro, jointly and severally.

Respectfully submitted,

Plaintiffs,
Bowen Investment, Inc.
Honey Dew Associates, Inc.
By their Attorneys,

Dated: July 5, 2006              s/ Michael A. Wirtz
                                 _____
                                 Jack J. Mikels - BBO# 345560
                                 Michael A. Wirtz BBO# 636587
                                 JACK MIKELS & ASSOCIATES, LLP
                                 1 Batterymarch Park, Suite 309
                                 Quincy, MA  02169-7454
                                 Tel:  617.472.5600


### Certificate of Compliance with Local Rule 7.1(A)(2)

The undersigned certifies that counsel for the Plaintiffs, Honey Dew Associates, Inc., and Bowen Investment, Inc. attempted to confer in good faith with counsel for the Defendants to resolve or narrow the issues in the foregoing motion and such efforts were unsuccessful.

/s/ Michael A. Wirtz
_____
Michael A. Wirtz


### CERTIFICATE OF SERVICE

I, Michael A. Wirtz, hereby certify that on July 5, 2006, a copy of the within document was served via the electronic means available under CM/ECF to counsel for the Defendants, Kevin R. McCarthy, 155 Fairoaks Lane, Cohasset, MA 02025, kemccar68@comcast.net.

/s/ Michael A. Wirtz
_____
Michael A. Wirtz

/BII/Lit/Carneiro/MoReliefJudg.doc