UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| BOWEN INVESTMENT, INC. ) | | |
| HONEY DEW ASSOCIATES, INC. ) | C.A. No. 05 – 11709 NMG | |
| Plaintiffs and Counterdefendants ) | | |
| ) | Judge Nathaniel M. Gorton | |
| v. ) | | |
| ) | | |
| CARNEIRO DONUTS, INC and ) | | |
| MANUEL M. CARNEIRO ) | | |
| Defendants and Counterclaimants ) | | |

## DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO CORRECT JUDGMENT

NOW come the defendants Carneiro Donuts, Inc. and Manuel M. Carneiro to oppose the Plaintiffs' Motion to Correct the Judgment entered February 22, 2006. In support of this opposition, the defendants state:

1. The defendants do not recall agreeing that the special verdict questions would include the corporate defendant only and that any Judgment would be entered jointly and severally against all the defendants.  Additionally, the plaintiffs offer no supporting evidence from the transcript or the record that supports their contention that any agreement to enter a Judgment which clearly conflicts with a Jury Verdict was ever made between the parties and the Court. As well, the plaintiffs offer no supporting law or argument for their dubious contention that such an "agreement" would even be legal and enforceable.

2.  The Verdict Form was the subject of a pre-trial conference between the Court and all parties to this case. Input was heard and received from all parties regarding all aspects of the Verdict Form – including all of the carefully and jointly crafted questions. All parties had input and agreed upon the final Verdict Form. No objection to the Verdict Form was registered by the plaintiffs before or after the Verdict was rendered until the present date – almost five (5) months after the Judgment, which is far too late under the Rules. See Fed. R. Civ. P. 49 (a).

3.  Attached as Exhibit 1, is the Jury Form which at # 1 clearly and solely specifies that Carneiro Donuts, Inc. is the sole defendant subject to the breach of Franchise Agreement question and is the sole defendant found, by the Jury, to have breached the Franchise Agreement. Attached as Exhibit 2, is the Judgment in question which accurately reflects the Jury Verdict against "Carneiro Donuts" and awards damages for breach of contract. This Judgment is as it can only be – an accurate reflection of the Jury Verdict which resulted from a Jury Form developed with the input and agreement of the plaintiffs and to which the plaintiffs never made an objection until almost five (5) months after the Judgment was issued.

4.  Plaintiffs' motion does not correct a mere clerical error but actually amends the Judgment in a very significant manor. However, the plaintiffs have long

ago missed the ten (10) day period in which file a motion to amend the

Judgment.  See Fed. R. Civ. P. 59 (e).

WHEREFORE, for all the above reasons, the defendants ask this honorable court to:

1. Deny the Plaintiffs' Motion to Correct the Judgment

        Respectfully,
        MANUEL M. CARNEIRO
        CARNEIRO DONUTS, INC.
        By their Attorney,

        /s/ Kevin R. McCarthy
        Kevin R. McCarthy
        (BBO # 640788)
        155 Fairoaks Lane
        Cohasset, Ma  02025
        781-383-0639

Date:   July 6, 2006

## CERTIFICATE OF SERVICE

I,  Kevin R. McCarthy, certify that on this date I served a true copy the foregoing DEFENDANTS' OPPOSITION TO PLAINTIFFS'  MOTION TO CORRECT JUDGMENT  to counsel for all other parties by electronic means (CM/ECF) to Jack J. Mikels,  counsel for the plaintiff, Jack Mikels and Associates LLP, 1 Batterymarch Park, Suite 309, Quincy, MA 02169.

Date:  July 6, 2006

        /s/ Kevin R. McCarthy
        Kevin R. McCarthy

EXHIBIT 1

Do I need an original Verdict form. From Court

We have Reached a Verdict,

[signature] 1/20/06

United States District Court
District of Massachusetts

|  |  |
|---|---|
| BOWEN INVESTMENT, INC. and<br>HONEY DEW ASSOCIATES, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CARNEIRO DONUTS, INC. and<br>MANUEL M. CARNEIRO,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No.<br>)  05-11709-NMG<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Verdict Form**

1. Did the defendant, Carneiro Donuts, Inc., breach the Franchise Agreement dated June 1, 2004 ("the Franchise Agreement")?

    Yes __X__     No _____

**[If you answer Question 1 "Yes", proceed to Question 2. If you answer Question 1 "No", proceed to Question 3.]**

2. Did plaintiff, Bowen Investment, Inc., terminate the Franchise Agreement dated June 1, 2004 in accordance with the terms of the Franchise Agreement?

    Yes __X__     No _____

3. Did plaintiff, Bowen Investment, Inc., breach the Franchise Agreement with the defendant, Carneiro Donuts, Inc.?

    Yes _____     No __X__

-1-

4.  Did plaintiff, Bowen Investment, Inc., breach the covenant of good faith and fair dealing with the defendant, Carneiro Donuts, Inc.?

    Yes _____   No __X__

**[If you answer Question 2 "Yes" and Questions 3 and 4 "No", proceed to Question 5. If you answer Question 2 "No" and either Question 3 or Question 4 "Yes", proceed to Question 6. Otherwise, proceed to Question 7. (Please note that if you answer Question 5, you are not to answer Question 6 and if you answer Question 6, you are not to answer Question 5.)]**

5.  Please state the amount of damages, if any, that you award to the plaintiff, Bowen Investment, Inc., to compensate it for defendant's breach of contract.

    Eleven Thousand nine hundred (words) forty four and 26/100

    $ 11,944.26 (numbers)

6.  Please state the amount of damages, if any, that you award to defendant, Carneiro Donuts, Inc., to compensate it for plaintiff's breach of contract and/or breach of the covenant of good faith and fair dealing.

    _____ (words)

    $ _____ (numbers)

7.  At any time after termination of the franchise agreement, did the defendants, Carneiro Donuts, Inc. and Manuel M. Carneiro, continue to use the trademarks of Honey Dew Associates, Inc.?

    Yes __X__   No _____

**[If you answer Question 7 "Yes", proceed to Question 8. If you answer Question 7 "No", proceed to Question 9.]**

-2-

8.  Please state the amount of damages, if any, that you award to the plaintiffs, Bowen Investment, Inc. and Honey Dew Associates, Inc., to compensate them for defendants' trademark infringement.

    _____One dollar_____ (words)

    $ __1.00__ (numbers)

9.  Did plaintiff, Bowen Investment, Inc., make fraudulent misrepresentations to the defendants, Carneiro Donuts, Inc. and Manuel M. Carneiro?

    Yes _____   No __✓__

10. Did plaintiff, Bowen Investment, Inc., fraudulently conceal material facts to the defendants, Carneiro Donuts, Inc. and Manuel M. Carneiro?

    Yes _____   No __✓__

11. Did plaintiff, Bowen Investment, Inc., violate the Rhode Island Franchise Investment Act?

    Yes _____   No __✓__

[If you answer Question 9, Question 10 or Question 11 "Yes", proceed to Question 12. If you answer Questions 9, 10 and 11 "No", proceed to Question 13.]

-3-

12. Please state the amount of damages that you award to defendants, Carneiro Donuts, Inc. and Manuel M. Carneiro, to compensate them for the fraudulent misrepresentation(s), fraudulent concealment(s) and/or violation(s) of the Rhode Island Franchise Investment Act by the plaintiff, Bowen Investment, Inc., understanding that if you have already awarded damages to the defendants in response to Question 6, above, you are not to award duplicative damages here but only such damages, if any, as are not already included in that award.

_____ (words)

$ _____ (numbers)

13. Did plaintiff, Honey Dew Associates, Inc., violate the Rhode Island Franchise Investment Act?

Yes _____   No ✓

**[If you answer Question 13 "Yes", proceed to Question 14. If you answer Question 13 "No", your deliberations are complete.]**

14. Please state the amount of damages, if any, that you award to defendants, Carneiro Donuts, Inc. and Manuel M. Carneiro, to compensate them for violations of the Rhode Island Franchise Investment Act by Honey Dew Associates, Inc.

_____ (words)

$ _____ (numbers)

YOUR DELIBERATIONS ARE COMPLETE. THE FOREPERSON WILL SIGN THE VERDICT FORM AND NOTIFY THE MARSHAL IN WRITING.

Dated: 1/20/06        Jury Foreperson: [signature]

-4-

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



Bowen Investment, et al.,
                    Plaintiff(s)

v.                                          CIVIL ACTION NO. 05-11709-NMG

Carneiro Donuts,
                    Defendant(s)

## JUDGMENT IN A CIVIL CASE

Gorton, D.J.

**X**  **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐  **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment for the plaintiff. Damages in the amount of $11,944.26 for breach of contract, and one dollar for trademark infringement.

Sarah A. Thornton, CLERK

Dated: 2/22/06               /s/ Craig J. Nicewicz
                             (By) Deputy Clerk

NOTE: The post judgment interest rate effective this date is 4.67 %.

(judgciv.frm - 10/96)                                              [jgm.]