UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C. A. NO. 05-11709 NMG

BOWEN INVESTMENT, INC. and HONEY DEW ASSOCIATES, INC.,
          Plaintiffs,

v.

CARNEIRO DONUTS, INC., and MANUEL M. CARNEIRO,
          Defendants.

**NOTICE OF APPEAL**

Notice is hereby given that Bowen Investment, Inc. plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the First Circuit from the Order of the District Court denying Plaintiff's Motion for Award of Counsel Fees (*related Docket Nos. 82 and 75*).

          Plaintiff,

          BOWEN INVESTMENT, INC.
          By its Attorneys,

          /s/ Michael A. Wirtz
          _____
          Jack J. Mikels, BBO# 345560
          Michael A. Wirtz, BBO #636587
          JACK MIKELS & ASSOCIATES, LLP
          1 Batterymarch Park, Suite 309
          Quincy, MA  02169-7454
          Tel:  617.472.5600

## CERTIFICATE OF SERVICE

I, Michael A. Wirtz, hereby certify that on July 7, 2006, a copy of the within document was served via the electronic means available under CM/ECF to counsel for the Defendants, Kevin R. McCarthy, 155 Fairoaks Lane, Cohasset, MA 02025, kemccar68@comcast.net.

/s/ Michael A. Wirtz
_____
Michael A. Wirtz

/BII/Lit/Carneiro/fee Appeal/Notice of Appeal