# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name: Bowen Investment, Inc. v. Carneiro Donuts, Inc. and Manuel M. Carneiro
District Court Case No. 05-cv-11709-NMG     District of Massachusetts
Date Notice of Appeal filed July 7, 2006     Court of Appeals Case No. _____
Form filed on behalf of Appellant, Bowen Investment, Inc.

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____
Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

## TRANSCRIPT ORDER

Name of Court Reporter: Cheryl Dahlstrom
Phone Number of Reporter: 617-951-4555

A. __X__ This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☒ Jury Voir dire | |
| ☒ Opening Statement (plaintiff) | |
| ☒ Opening Statement (defendant) | |
| ☒ Trial | January 17, 2006 – January 20, 2006 |
| ☒ Closing Argument (plaintiff) | |
| ☒ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☒ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) | January 13, 2006, Final Pretrial Conference |
| ☒ Testimony (specify) | |
| ☐ Other (specify) | |

NOTE: Failure to specify in adequate detail those proceedings to be transcribed may lead to the rejection of this form and the dismissal of the appeal.

B. __X__ I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

☒ Private funds.
☐ Government expense (civil case). IFP has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name: Michael A. Wirtz     Filer's Signature: /s/
Firm/Address: Jack Mikels & Associates, LLP, 1 Batterymarch Park, Suite 309, Quincy, MA 02109
Telephone number: 617-472-5600     Date mailed to court reporter: July 17, 2006

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (3/1/04)     SEE INSTRUCTIONS ON REVERSE