# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-CV-11709

Bowen Investment, Inc. et al

v.

Caneiro Donuts, Inc. et al

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-86

and contained in Volume(s) I & II are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 7/7/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on July 20, 2006.

Sarah A Thornton, Clerk of Court

By: *[signature]*
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 7/30/06

*[signature]* Barchard
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL, TRADE

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-11709-NMG

Bowen Investment, Inc. et al v. Caneiro Donuts, Inc. et al
Assigned to: Judge Nathaniel M. Gorton
Cause: 15:1125 Trademark Infringement (Lanham Act)

Date Filed: 08/16/2005
Jury Demand: Both
Nature of Suit: 840 Trademark
Jurisdiction: Federal Question

**Plaintiff**

**Bowen Investment, Inc.**     represented by    **Jack J. Mikels**
Jack Mickels & Associates
One Batterymarch Park
Suite 309
Quincy, MA 02169
617-472-5600
Fax: 617-472-5875
Email: jmikels@gis.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Janell E. DeGennaro**
Jack Mickels & Associates
One Batterymarch Park
Suite 309
Quincy, MA 02269-2509
617/472-5600
Fax: 617/472-5875
Email: jmikels@gis.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A. Wirtz**
Jack Mikels & Associates LLP
1 Batterymarch Park
Suite 309
Quincy, MA 02169
617-472-5600
Fax: 617-472-5875
Email: jmikels@gis.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Honey Dew Associates, Inc.**     represented by    **Jack J. Mikels**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Janell E. DeGennaro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A. Wirtz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
**Caneiro Donuts, Inc.**                    represented by   **Kevin R. McCarthy**
                                                              Attorney at Law
                                                              155 Fairoaks Lane
                                                              Cohasset, MA 02025
                                                              781-383-0639
                                                              Fax: 781-735-0228
                                                              Email: kemccar68@comcast.net
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Defendant**
**Manuel M. Carneiro**                      represented by   **Kevin R. McCarthy**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Counter Claimant**
**Caneiro Donuts, Inc.**                    represented by   **Kevin R. McCarthy**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Counter Claimant**
**Manuel M. Carneiro**                      represented by   **Kevin R. McCarthy**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**
**Bowen Investment, Inc.**

**Counter Defendant**
Honey Dew Associates, Inc.

**Counter Claimant**
Caneiro Donuts, Inc.

**Counter Claimant**
Manuel M. Carneiro

V.

**Counter Defendant**
Bowen Investment, Inc.

**Counter Defendant**
Honey Dew Associates, Inc.

| Date Filed | # | Docket Text |
|---|---|---|
| 08/16/2005 | 1 | COMPLAINT against Caneiro Donuts, Inc., Manuel M. Carneiro Filing fee: $ 250, receipt number 66333, filed by Bowen Investment, Inc., Honey Dew Associates, Inc.. (Attachments: # 1 Exhibit A-O# 2 Civil Cover Sheet)(rec'd for docketing 8/18/05) (Elefther, Elizabeth) (Entered: 08/18/2005) |
| 08/16/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Sorokin. (Elefther, Elizabeth) (Entered: 08/18/2005) |
| 08/16/2005 |  | Summons Issued as to Caneiro Donuts, Inc., Manuel M. Carneiro. (Elefther, Elizabeth) (Entered: 08/18/2005) |
| 08/16/2005 | 2 | MOTION for Temporary Restraining Order and Preliminary Injunctive Relief by Bowen Investment, Inc., Honey Dew Associates, Inc..(Elefther, Elizabeth) (Entered: 08/18/2005) |
| 08/16/2005 | 3 | MEMORANDUM OF LAW in support by Bowen Investment, Inc., Honey Dew Associates, Inc. to 2 MOTION for Temporary Restraining Order for Injunctive Relief. (Elefther, Elizabeth) (Entered: 08/18/2005) |
| 08/16/2005 | 4 | AFFIDAVIT of Robert P Bowen by Bowen Investment, Inc., Honey Dew Associates, Inc.. (Elefther, Elizabeth) (Entered: 08/18/2005) |
| 08/16/2005 | 5 | AFFIDAVIT of Richard J Bowen by Bowen Investment, Inc., Honey Dew Associates, Inc.. (Elefther, Elizabeth) (Entered: 08/18/2005) |
| 08/16/2005 | 6 | APPENDIX by Bowen Investment, Inc., Honey Dew Associates, Inc.. (Elefther, Elizabeth) (Entered: 08/18/2005) |
| 08/16/2005 | 7 | REPORT on the filing of patent/trademark case. (Elefther, Elizabeth) |

| | | |
|---|---|---|
| | | (Entered: 08/18/2005) |
| 09/21/2005 | | Judge Nathaniel M. Gorton : ElectronicORDER entered denying 2 Motion for TRO; hearing on motion for preliminary injunction set for 10/3/05 at 3:30 p.m. (Nicewicz, Craig) (Entered: 09/21/2005) |
| 09/21/2005 | | NOTICE of Hearing re preliminary injunction :Hearing set for 10/3/2005 03:30 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 09/21/2005) |
| 09/22/2005 | 8 | Assented to MOTION for Extension of Time to 09/28/2005 to File Response/Reply *to Plaintiff's Request for Preliminary Injunction* by Caneiro Donuts, Inc., Manuel M. Carneiro.(McCarthy, Kevin) (Entered: 09/22/2005) |
| 09/22/2005 | 9 | SUMMONS Returned Executed Caneiro Donuts, Inc. served on 9/12/2005, answer due 10/3/2005. (Elefther, Elizabeth) (Entered: 09/23/2005) |
| 09/22/2005 | 10 | SUMMONS Returned Executed Manuel M. Carneiro served on 9/12/2005, answer due 10/3/2005. (Elefther, Elizabeth) (Entered: 09/23/2005) |
| 09/23/2005 | | Judge Nathaniel M. Gorton : ElectronicORDER entered granting 8 Motion for Extension of Time to File Response/Reply re 8 Assented to MOTION for Extension of Time to 09/28/2005 to File Response/Reply *to Plaintiff's Request for Preliminary Injunction* Replies due by 9/28/2005. (Nicewicz, Craig) (Entered: 09/23/2005) |
| 09/28/2005 | | NOTICE OF RESCHEDULING Preliminary InjunctionHearing reset for 10/4/2005 03:30 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 09/28/2005) |
| 09/28/2005 | 11 | Opposition re 2 MOTION for Temporary Restraining Order, 8 Assented to MOTION for Extension of Time to 09/28/2005 to File Response/Reply *to Plaintiff's Request for Preliminary Injunction* filed by Caneiro Donuts, Inc., Manuel M. Carneiro. (Attachments: # 1 Affidavit # 2 Appendix Exhibits A - BB)(McCarthy, Kevin) (Entered: 09/28/2005) |
| 10/03/2005 | 12 | ANSWER to Complaint with Jury Demand, COUNTERCLAIM against all plaintiffs by Caneiro Donuts, Inc., Manuel M. Carneiro.(McCarthy, Kevin) (Entered: 10/03/2005) |
| 10/04/2005 | | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton : Hearing re Preliminary Injunction held on 10/4/2005. Court hears argument. Parties are to file proposed preliminary injunction to remain from Friday 10-7 until trial date of 1-17-06. Written discovery served 10/21/05, responded to 11/4/05. Deposition by 11/28/05. Discovery due by 11/28/2005. Dispositive Motions due by 12/9/2005, responses 12/23/05. Motions in limine 12/27/06, responses 1/13/06. Jury instrcutions, proposed voir dir, verdict form, witness and exhibit lists 1/9/06. Objections 1/12/06. Jury Trial set for 1/17/2006 09:00 AM in Courtroom 4 before Judge Nathaniel M. Gorton. Pretrial Conference set |

|  |  |  | for 1/5/2006 03:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 10/07/2005) |
|---|---|---|---|
| 10/06/2005 |  | 13 | Emergency MOTION for Reconsideration by Caneiro Donuts, Inc., Manuel M. Carneiro, Caneiro Donuts, Inc., Manuel M. Carneiro. (Attachments: # (1) Memorandum# 2 Exhibit 1)(McCarthy, Kevin) (Entered: 10/06/2005) |
| 10/06/2005 |  | 14 | Proposed Document(s) submitted by Bowen Investment, Inc., Honey Dew Associates, Inc.. Document received: Order of Preliminary Injunction -- Per Court Instruction. (Mikels, Jack) (Entered: 10/06/2005) |
| 10/06/2005 |  | 15 | MEMORANDUM in Support re 13 Emergency MOTION for Reconsideration filed by Caneiro Donuts, Inc., Manuel M. Carneiro. (Elefther, Elizabeth) (Entered: 10/06/2005) |
| 10/06/2005 |  |  | Notice of correction to docket made by Court staff. Correction: Docket No.13 corrected because: Memorandum was attached to Motion. (Elefther, Elizabeth) (Entered: 10/06/2005) |
| 10/07/2005 |  | 16 | Judge Nathaniel M. Gorton : ORDER entered. PRELIMINARY INJUNCTION(Elefther, Elizabeth) (Entered: 10/07/2005) |
| 10/18/2005 |  | 17 | Document disclosure by Caneiro Donuts, Inc., Manuel M. Carneiro, Caneiro Donuts, Inc., Manuel M. Carneiro.(McCarthy, Kevin) (Entered: 10/18/2005) |
| 10/19/2005 |  | 18 | Assented to MOTION to Amend *Defendant's Initial Rule 26 Disclosure* by Caneiro Donuts, Inc., Manuel M. Carneiro, Caneiro Donuts, Inc., Manuel M. Carneiro. (Attachments: # 1 Defendant's First Amended Rule 26 Initial Disclosure)(McCarthy, Kevin) (Entered: 10/19/2005) |
| 10/20/2005 |  | 19 | Document disclosure by Bowen Investment, Inc., Honey Dew Associates, Inc..(Wirtz, Michael) (Entered: 10/20/2005) |
| 10/20/2005 |  | 20 | MOTION to Amend *Defendant's Answer, Counterclaims and Jury Demand* by Caneiro Donuts, Inc., Manuel M. Carneiro, Caneiro Donuts, Inc., Manuel M. Carneiro. (Attachments: # 1 First Amended Defendant's Answer, Counterclaims and Jury Demand)(McCarthy, Kevin) (Entered: 10/20/2005) |
| 10/25/2005 |  |  | Judge Nathaniel M. Gorton : ElectronicORDER entered granting 18 Motion to Amend disclosure. Note: discovery need not be filed with the court. (Nicewicz, Craig) (Entered: 10/25/2005) |
| 11/17/2005 |  | 21 | MOTION to Compel *Plaintiffs' Answers to Certain Interrogatories* by Caneiro Donuts, Inc., Manuel M. Carneiro, Caneiro Donuts, Inc., Manuel M. Carneiro.(McCarthy, Kevin) (Entered: 11/17/2005) |
| 11/17/2005 |  | 22 | MEMORANDUM in Support re 21 MOTION to Compel *Plaintiffs' Answers to Certain Interrogatories* filed by Caneiro Donuts, Inc., Manuel M. Carneiro, Caneiro Donuts, Inc., Manuel M. Carneiro. (Attachments: # 1 Exhibit 1# 2 Exhibit 2)(McCarthy, Kevin) (Entered: 11/17/2005) |

| | | |
|---|---|---|
| 11/20/2005 | 23 | Emergency MOTION to Quash *SUBPOENA OF DEFENDANTS' COUNSEL* by Caneiro Donuts, Inc., Manuel M. Carneiro, Caneiro Donuts, Inc., Manuel M. Carneiro. (Attachments: # 1 Exhibit 1# 2 Exhibit 2)(McCarthy, Kevin) (Entered: 11/20/2005) |
| 11/21/2005 | | GORTON, J. Electronic Notice Setting Deadlines as to 23 Emergency MOTION to Quash *SUBPOENA OF DEFENDANTS' COUNSEL*. Responses due by 11/22/2005 at noon. (Costello, Helen) (Entered: 11/21/2005) |
| 11/21/2005 | 24 | Opposition re 23 Emergency MOTION to Quash *SUBPOENA OF DEFENDANTS' COUNSEL* filed by Bowen Investment, Inc., Honey Dew Associates, Inc.. (Wirtz, Michael) (Entered: 11/21/2005) |
| 11/22/2005 | 25 | Judge Nathaniel M. Gorton : ORDER entered. MEMORANDUM AND ORDER; An insufficient foundation for the extraordinary discovery sought by plaintiff's subpoena has been proferred and, therefore, Defendant's Emgergency Motion to Quash the Subpoena of Defendants' Counsel and Motion for a Protective Order (Docket No. 23) is Allowed. Defendants' request for costs is Denied. So ordered. Motions 23 Emergency MOTION to Quash *SUBPOENA OF DEFENDANTS' COUNSEL* filed by Caneiro Donuts, Inc.,, Manuel M. Carneiro,. (Nicewicz, Craig) Modified on 11/28/2005 (Nicewicz, Craig). (Entered: 11/23/2005) |
| 11/24/2005 | 26 | MOTION to Compel *Plaintiffs' Production of Certain Documents* by Caneiro Donuts, Inc., Manuel M. Carneiro, Caneiro Donuts, Inc., Manuel M. Carneiro.(McCarthy, Kevin) (Entered: 11/24/2005) |
| 11/24/2005 | 27 | MEMORANDUM in Support re 26 MOTION to Compel *Plaintiffs' Production of Certain Documents* filed by Caneiro Donuts, Inc., Manuel M. Carneiro, Caneiro Donuts, Inc., Manuel M. Carneiro. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4)(McCarthy, Kevin) (Entered: 11/24/2005) |
| 11/30/2005 | 28 | Opposition re 21 MOTION to Compel *Plaintiffs' Answers to Certain Interrogatories* filed by Bowen Investment, Inc., Honey Dew Associates, Inc.. (Wirtz, Michael) (Entered: 11/30/2005) |
| 11/30/2005 | 29 | MOTION to Compel *Documents Related to the Subfranchise Agreement and Legal Relationship Between the Plaintiffs* by Caneiro Donuts, Inc., Manuel M. Carneiro, Caneiro Donuts, Inc., Manuel M. Carneiro. (McCarthy, Kevin) (Entered: 11/30/2005) |
| 11/30/2005 | 30 | MEMORANDUM in Support re 29 MOTION to Compel *Documents Related to the Subfranchise Agreement and Legal Relationship Between the Plaintiffs* filed by Caneiro Donuts, Inc., Manuel M. Carneiro, Caneiro Donuts, Inc., Manuel M. Carneiro. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3)(McCarthy, Kevin) (Entered: 11/30/2005) |
| 12/09/2005 | 31 | MOTION for Summary Judgment by Bowen Investment, Inc., Honey Dew Associates, Inc..(Wirtz, Michael) (Entered: 12/09/2005) |

| | | |
|---|---|---|
| 12/09/2005 | 32 | MEMORANDUM in Support re 31 MOTION for Summary Judgment filed by Bowen Investment, Inc., Honey Dew Associates, Inc.. (Wirtz, Michael) (Entered: 12/09/2005) |
| 12/09/2005 | 33 | AFFIDAVIT of Attorney Michael A. Wirtz re 31 MOTION for Summary Judgment, 32 Memorandum in Support of Motion by Bowen Investment, Inc., Honey Dew Associates, Inc.. (Wirtz, Michael) (Entered: 12/09/2005) |
| 12/09/2005 | 34 | AFFIDAVIT of Robert P. Bowen re 31 MOTION for Summary Judgment, 32 Memorandum in Support of Motion by Bowen Investment, Inc., Honey Dew Associates, Inc.. (Wirtz, Michael) (Entered: 12/09/2005) |
| 12/09/2005 | 35 | STATEMENT of facts re 31 MOTION for Summary Judgment. (Wirtz, Michael) (Entered: 12/09/2005) |
| 12/09/2005 | 36 | CERTIFICATE OF SERVICE by Bowen Investment, Inc., Honey Dew Associates, Inc. re 31 MOTION for Summary Judgment, 32 Memorandum in Support of Motion, 33 Affidavit, 34 Affidavit, 35 Statement of facts. (Wirtz, Michael) (Entered: 12/09/2005) |
| 12/09/2005 | 37 | Opposition re 26 MOTION to Compel *Plaintiffs' Production of Certain Documents* filed by Bowen Investment, Inc., Honey Dew Associates, Inc.. (Wirtz, Michael) (Entered: 12/09/2005) |
| 12/10/2005 | 38 | MOTION for Extension of Time to 1/16/06 to File Response/Reply *To Plaintiffs' Summary Judgment Motion Pursuant to Rule 56 (f)* by Caneiro Donuts, Inc., Manuel M. Carneiro, Caneiro Donuts, Inc., Manuel M. Carneiro.(McCarthy, Kevin) (Entered: 12/10/2005) |
| 12/10/2005 | 39 | MEMORANDUM in Support re 38 MOTION for Extension of Time to 1/16/06 to File Response/Reply *To Plaintiffs' Summary Judgment Motion Pursuant to Rule 56 (f)* filed by Caneiro Donuts, Inc., Manuel M. Carneiro, Caneiro Donuts, Inc., Manuel M. Carneiro. (McCarthy, Kevin) (Entered: 12/10/2005) |
| 12/10/2005 | 40 | AFFIDAVIT in Support re 38 MOTION for Extension of Time to 1/16/06 to File Response/Reply *To Plaintiffs' Summary Judgment Motion Pursuant to Rule 56 (f)* filed by Caneiro Donuts, Inc., Manuel M. Carneiro, Caneiro Donuts, Inc., Manuel M. Carneiro. (McCarthy, Kevin) (Entered: 12/10/2005) |
| 12/14/2005 | 41 | Opposition re 29 MOTION to Compel *Documents Related to the Subfranchise Agreement and Legal Relationship Between the Plaintiffs* filed by Bowen Investment, Inc., Honey Dew Associates, Inc.. (Wirtz, Michael) (Entered: 12/14/2005) |
| 12/19/2005 | 42 | Judge Nathaniel M. Gorton : ORDER entered. Motions terminated: Denying 21 MOTION to compel 26 MOTION to Compel *Plaintiffs' Production of Certain Documents* filed by Caneiro Donuts, Inc.,, Manuel M. Carneiro,, Granting in part Denying in part 29 MOTION to Compel *Documents Related to the Subfranchise Agreement and Legal* |

| | | |
|---|---|---|
| | | *Relationship Between the Plaintiffs* filed by Caneiro Donuts, Inc.,, Manuel M. Carneiro,. See Order for details.(Nicewicz, Craig) (Entered: 12/19/2005) |
| 12/21/2005 | 43 | Opposition re 38 MOTION for Extension of Time to 1/16/06 to File Response/Reply *To Plaintiffs' Summary Judgment Motion Pursuant to Rule 56 (f)* filed by Bowen Investment, Inc., Honey Dew Associates, Inc.. (Wirtz, Michael) (Entered: 12/21/2005) |
| 12/23/2005 | 44 | MEMORANDUM in Opposition re 31 MOTION for Summary Judgment filed by Caneiro Donuts, Inc., Manuel M. Carneiro, Caneiro Donuts, Inc., Manuel M. Carneiro. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4)(McCarthy, Kevin) (Entered: 12/23/2005) |
| 12/23/2005 | 45 | AFFIDAVIT of Kevin McCarthy in Opposition re 31 MOTION for Summary Judgment filed by Caneiro Donuts, Inc., Manuel M. Carneiro, Caneiro Donuts, Inc., Manuel M. Carneiro. (McCarthy, Kevin) (Entered: 12/23/2005) |
| 12/23/2005 | 46 | AFFIDAVIT of Manuel Carneiro in Opposition re 31 MOTION for Summary Judgment filed by Caneiro Donuts, Inc., Manuel M. Carneiro, Caneiro Donuts, Inc., Manuel M. Carneiro. (Attachments: # 1 Exhibit A-C# 2 Exhibit D-G# 3 Exhibit H-J# 4 Exhibit K-M)(McCarthy, Kevin) (Entered: 12/23/2005) |
| 12/23/2005 | 47 | Opposition re 31 MOTION for Summary Judgment *Defendants' Opposition to Plaintiffs' Statement of Undisputed Material Facts Pursuant to Rule 56.1* filed by Caneiro Donuts, Inc., Manuel M. Carneiro, Caneiro Donuts, Inc., Manuel M. Carneiro. (McCarthy, Kevin) (Entered: 12/23/2005) |
| 01/05/2006 | | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton : Final Pretrial Conference held on 1/5/2006. The court will issue M&O tomorrow re: pending summary judgment. This case will not be disposed of and will go to trial on 1/17/06. Witness, exhibit lists, proposed voir dire, verdict form 1/9/06, objections 1/11/06. Trial should take 3 days, court will sit jurors. (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 01/05/2006) |
| 01/06/2006 | 48 | REPLY to Response to Motion re 31 MOTION for Summary Judgment filed by Bowen Investment, Inc., Honey Dew Associates, Inc.. (Wirtz, Michael) (Entered: 01/06/2006) |
| 01/06/2006 | 49 | Judge Nathaniel M. Gorton : Memorandum and ORDER entered denying 31 Motion for Summary Judgment "In accordance with the foregoing, Plaintiffs' Motion for Summary Judgment (Docket No. 31) is DENIED." (Sonnenberg, Elizabeth) (Entered: 01/06/2006) |
| 01/09/2006 | 50 | EXHIBIT *Defendants' Exhibit List* by Caneiro Donuts, Inc., Manuel M. Carneiro, Caneiro Donuts, Inc., Manuel M. Carneiro. (McCarthy, Kevin) (Entered: 01/09/2006) |
| 01/09/2006 | 51 | EXHIBIT *Defendants' Proposed Verdict Form* by Caneiro Donuts, Inc., |

| | | |
|---|---|---|
| | | Manuel M. Carneiro, Caneiro Donuts, Inc., Manuel M. Carneiro. (McCarthy, Kevin) (Entered: 01/09/2006) |
| 01/09/2006 | 52 | EXHIBIT *Defendants' Witness List* by Caneiro Donuts, Inc., Manuel M. Carneiro, Caneiro Donuts, Inc., Manuel M. Carneiro. (McCarthy, Kevin) (Entered: 01/09/2006) |
| 01/09/2006 | 53 | EXHIBIT *Defendants' Proposed Voir Dire* by Caneiro Donuts, Inc., Manuel M. Carneiro, Caneiro Donuts, Inc., Manuel M. Carneiro. (McCarthy, Kevin) (Entered: 01/09/2006) |
| 01/09/2006 | 54 | Exhibit List by Bowen Investment, Inc., Honey Dew Associates, Inc.. (Wirtz, Michael) (Entered: 01/09/2006) |
| 01/09/2006 | 55 | Proposed Voir Dire by Bowen Investment, Inc., Honey Dew Associates, Inc.. (Wirtz, Michael) (Entered: 01/09/2006) |
| 01/09/2006 | 56 | Witness List by Bowen Investment, Inc., Honey Dew Associates, Inc.. (Wirtz, Michael) (Entered: 01/09/2006) |
| 01/09/2006 | 57 | Proposed Jury Verdict by Bowen Investment, Inc., Honey Dew Associates, Inc.. (Wirtz, Michael) (Entered: 01/09/2006) |
| 01/09/2006 | 58 | Proposed Jury Verdict by Bowen Investment, Inc., Honey Dew Associates, Inc.. (Wirtz, Michael) (Entered: 01/09/2006) |
| 01/10/2006 | | Judge Nathaniel M. Gorton : Electronic ORDER entered finding as moot 38 Motion for Extension of Time to File Response/Reply, granting 20 Motion to Amend (Nicewicz, Craig) (Entered: 01/10/2006) |
| 01/10/2006 | 59 | Proposed Jury Instructions by Bowen Investment, Inc., Honey Dew Associates, Inc.. (Wirtz, Michael) (Entered: 01/10/2006) |
| 01/11/2006 | 60 | Objection to 50 Exhibit by Bowen Investment, Inc., Honey Dew Associates, Inc.. (Wirtz, Michael) (Entered: 01/11/2006) |
| 01/11/2006 | 61 | Objection to 53 Exhibit by Bowen Investment, Inc., Honey Dew Associates, Inc.. (Wirtz, Michael) (Entered: 01/11/2006) |
| 01/12/2006 | 62 | EXHIBIT *Defendants' Proposed Jury Instructions* by Caneiro Donuts, Inc., Manuel M. Carneiro, Caneiro Donuts, Inc., Manuel M. Carneiro. (McCarthy, Kevin) (Entered: 01/12/2006) |
| 01/12/2006 | | NOTICE of Hearing:Hearing set for 1/13/2006 02:30 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 01/12/2006) |
| 01/12/2006 | 63 | EXHIBIT *Defendants' Objections to Plaintiffs' Exhibit List* by Caneiro Donuts, Inc., Manuel M. Carneiro, Caneiro Donuts, Inc., Manuel M. Carneiro. (McCarthy, Kevin) (Entered: 01/12/2006) |
| 01/13/2006 | 64 | Response by Bowen Investment, Inc., Honey Dew Associates, Inc. to 63 Exhibit. (Wirtz, Michael) (Entered: 01/13/2006) |
| 01/13/2006 | 65 | GRANTED *First Amended Defendants' Answer, Counterclaims and Jury* |

|  |  | *Demand* ANSWER to Complaint with Jury Demand, COUNTERCLAIM against Bowen Investment, Inc., Bowen Investment, Inc., Honey Dew Associates, Inc., Honey Dew Associates, Inc. by Caneiro Donuts, Inc., Manuel M. Carneiro, Caneiro Donuts, Inc., Manuel M. Carneiro. (McCarthy, Kevin) (Entered: 01/13/2006) |
|---|---|---|
| 01/13/2006 |  | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton : Final Pretrial Conference held on 1/13/2006. Court makes rulings on pretrial issues. Case is ready for trial and will commence on 1/17/06. (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 01/17/2006) |
| 01/17/2006 |  | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton : Panel of 30. Voir Dire held on 1/17/2006, Jury Selection held on 1/17/2006; jury of 10 selected. Jury Trial DAY 1 held on 1/17/2006. Openings. Plaintiff calls Robert Bowen. (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 01/18/2006) |
| 01/18/2006 |  | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton : Jury Trial DAY 2 held on 1/18/2006. Testimony of Robert Bowen continues. Testimony of Francis Wrightington, testimony of Richard Bowen, testimony of Mario Caneiro. Testimony of Manuel Caneiro. (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 01/19/2006) |
| 01/19/2006 |  | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton : Jury Trial held on 1/19/2006. Testimony of Manuel Carneiro continues. Testimony of Garcia out of order, continued testimony of Carneiro. Defendant rests. Jury is excused. Charge conference. (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 01/23/2006) |
| 01/20/2006 |  | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton : Jury Trial DAY 4 completed on 1/20/2006. Closings. Court charges the Jury. Jury returns verdict for Plaintiff. (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 01/23/2006) |
| 01/20/2006 | 66 | Jury Charge. (Sonnenberg, Elizabeth) (Entered: 01/23/2006) |
| 01/20/2006 | 67 | Jury Panel/Witness List. (Sonnenberg, Elizabeth) (Entered: 01/23/2006) |
| 01/20/2006 | 68 | Exhibit and Witness List. (Sonnenberg, Elizabeth) (Entered: 01/23/2006) |
| 01/20/2006 | 69 | JURY VERDICT. (Sonnenberg, Elizabeth) (Entered: 01/23/2006) |
| 01/24/2006 | 70 | Letter/request (non-motion) from Plaintiffs' counsel per Court's instuction with proposed Order Regarding Injunctive Relief *as to Count II of Verified Complaint*. (Attachments: # 1 Order Regarding Injunctive Relief# 2 Certificate of Service)(Wirtz, Michael) (Entered: 01/24/2006) |
| 01/25/2006 | 71 | *Response* Letter/request (non-motion) from Defendants' Counsel *per Court's instruction*. (Attachments: # 1 Text of Proposed Order # 2 Certificate of Service)(McCarthy, Kevin) (Entered: 01/25/2006) |
| 01/25/2006 | 72 | MOTION for Judgment as a Matter of Law by Bowen Investment, Inc.. |

| | | (Attachments: # 1 Exhibit A# 2 Exhibit b)(Sonnenberg, Elizabeth) (Entered: 01/25/2006) |
|---|---|---|
| 01/25/2006 | 73 | MOTION for Judgment as a Matter of Law by Honey Dew Associates, Inc..(Sonnenberg, Elizabeth) (Entered: 01/25/2006) |
| 01/25/2006 | 74 | Objection to Admission of Litigation Data by Bowen Investment, Inc., Honey Dew Associates, Inc.. (Attachments: # 1 Exhibit A)(Sonnenberg, Elizabeth) (Entered: 01/25/2006) |
| 01/27/2006 | 75 | MOTION for Attorney Fees by Bowen Investment, Inc.. (Attachments: (2) Certifcate of Service)(Wirtz, Michael) Modified on 1/30/2006 (Sonnenberg, Elizabeth). (Entered: 01/27/2006) |
| 01/27/2006 | 76 | MEMORANDUM in Support re 75 MOTION for Attorney Fees filed by Bowen Investment, Inc.. (Sonnenberg, Elizabeth) (Entered: 01/30/2006) |
| 01/30/2006 | | Notice of correction to docket made by Court staff. Correction: Docket No. 75 corrected because the Memorandum in Support can not be attached to a Motion, it should be docketed as a separate event. (Sonnenberg, Elizabeth) (Entered: 01/30/2006) |
| 02/03/2006 | 77 | Judge Nathaniel M. Gorton : ORDER entered. (Sonnenberg, Elizabeth) (Entered: 02/03/2006) |
| 02/08/2006 | 78 | Opposition re 75 MOTION for Attorney Fees *and Defendants' Request for Rescission Pursuant to F.R.Civ.P. 60(b) and (59(e).* filed by Caneiro Donuts, Inc., Manuel M. Carneiro, Caneiro Donuts, Inc., Manuel M. Carneiro, Caneiro Donuts, Inc., Manuel M. Carneiro. (McCarthy, Kevin) (Entered: 02/08/2006) |
| 02/13/2006 | 79 | MOTION for Leave to File *a Three Paragraph Reply to the Defendants' Request for Contract Rescission* by Bowen Investment, Inc., Honey Dew Associates, Inc..(Wirtz, Michael) (Entered: 02/13/2006) |
| 02/13/2006 | 80 | Response by Bowen Investment, Inc., Honey Dew Associates, Inc. to 78 Opposition to Motion, *Defendants' Request for Contract Rescission Pursuant to F.R.Civ.P. 60(b) and F.R.Civ.P. 59(e).* (Attachments: # 1 Exhibit Exhibit A)(Wirtz, Michael) (Entered: 02/13/2006) |
| 02/22/2006 | | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 79 Motion for Leave to File (Nicewicz, Craig) (Entered: 02/22/2006) |
| 02/22/2006 | 81 | Judge Nathaniel M. Gorton : ORDER entered. JUDGMENT in favor of Plaintiff against Defendant(Nicewicz, Craig) (Entered: 02/22/2006) |
| 04/26/2006 | | Judge Nathaniel M. Gorton : Electronic ORDER entered finding as moot 72 Motion for Judgment as a Matter of Law, finding as moot 73 Motion for Judgment as a Matter of Law (Nicewicz, Craig) (Entered: 04/26/2006) |
| 06/09/2006 | 82 | Judge Nathaniel M. Gorton : ORDER entered. MEMORANDUM AND ORDER"In accordance with the foregoing, Plaintiffs' Motion for Attorneys' Fees (Docket No. 75) is DENIED. Defendants' request (treated |

| | | |
|---|---|---|
| | | as a motion) for contract rescission is DENIED. Defendants' motion for judgment on their counterclaim pursuant to M.G.L. c. 93A is DENIED and the counterclaim is DISMISSED."(Sonnenberg, Elizabeth) (Entered: 06/09/2006) |
| 07/05/2006 | 83 | MOTION to Correct 81 Judgment by all plaintiffs.(Wirtz, Michael) (Entered: 07/05/2006) |
| 07/06/2006 | 84 | Opposition re 83 MOTION to Correct 81 Judgment filed by all defendants. (Attachments: # 1 Exhibit 1# 2 Exhibit 2)(McCarthy, Kevin) (Entered: 07/06/2006) |
| 07/07/2006 | 85 | NOTICE OF APPEAL as to 82 Memorandum & ORDER, by Bowen Investment, Inc.. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 7/27/2006. (Wirtz, Michael) Modified on 7/18/2006 (Sonnenberg, Elizabeth). (Entered: 07/07/2006) |
| 07/17/2006 | 86 | TRANSCRIPT ORDER FORM by Bowen Investment, Inc. for proceedings held on 01-13-06, 01-17-06, 01-18-06, 01-19-06 and 01-20-06 before Judge Honorable Nathaniel M. Gorton, re 85 Notice of Appeal, (Wirtz, Michael) (Entered: 07/17/2006) |