UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C. A. NO. 05-11709 NMG

BOWEN INVESTMENT, INC. and HONEY
DEW ASSOCIATES, INC.,
               Plaintiffs,

v.

CARNEIRO DONUTS, INC., and MANUEL
M. CARNEIRO,
               Defendants.

## NOTICE OF APPEAL

Notice is hereby given that Bowen Investment, Inc. and Honey Dew Associates, Inc. plaintiffs in the above-named case, appeal to the United States Court of Appeals for the First Circuit from the Order of the District Court denying Plaintiff's Motion to Correct Judgment.

                                              Plaintiff,

                                              BOWEN INVESTMENT, INC.
                                              By its Attorneys,

                                              /s/ Michael A. Wirtz
                                              _____
                                              Jack J. Mikels, BBO# 345560
                                              Michael A. Wirtz, BBO #636587
                                              JACK MIKELS & ASSOCIATES, LLP
                                              1 Batterymarch Park, Suite 309
                                              Quincy, MA  02169-7454
                                              Tel:  617.472.5600

## **CERTIFICATE OF SERVICE**

I, Michael A. Wirtz, hereby certify that on July 21, 2006, a copy of the within document was served via the electronic means available under CM/ECF to counsel for the Defendants, Kevin R. McCarthy, 155 Fairoaks Lane, Cohasset, MA 02025, kemccar68@comcast.net.

/s/ Michael A. Wirtz
_____
Michael A. Wirtz

/BII/Lit/Carneiro/Appeal correct Jdg/Notice of Appeal