# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 07-2053

BOWEN INVESTMENTS, INC.; HONEY DEW ASSOCIATES, INC.
Plaintiffs - Appellants

v.

CARNEIRO DONUTS, INC.; MANUEL M. CARNEIRO
Defendants - Appellees

### JUDGMENT

Entered: August 20, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

_____
Deputy Clerk

Date:

By the Court:

Richard Cushing Donovan, Clerk

By: **ERIC H. DEININGER**
Appeals Attorney

[cc: Jack J. Mikels, Esq., Kevin R. McCarthy, Esq.]